Pro Se 4 2016

```
FILED          ENTERED
LODGED         RECEIVED
```

DEC 0 3 2021    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

SEA 106 969

UNITED STATES DISTRICT COURT    9-9.
WESTERN DISTRICT OF WASHINGTON and 9ᵗʰ CIRCUIT COURT OF APPEALS.

21-CV-01626 scc

Sterling Jay: Shaw (Secured Party/Bailor)

CASE NO. _____

" Living man where the flesh lives the blood flows and there is
nothing between me and the divine", united states of america
unincorporated

_____

_____

_____

Plaintiff(s),

v.

UNITED STATES DUNS #161906193, AND STATE OF
WASHINGTON DUNNS #079248936 DBA JAY INSLEE

acting commissioning Governor State of Washington

_____

CRIMINAL COMPLAINT FOR A BREACH OF
CONTRACT AND OATH OF OFFICE
(Breach of Peace Treaty of Paris 1783, and The Treaty of
Oregon 1846), Federal Code 8 USC 1101 (a) 21, 5 USC
7311, 18 USC 242, 18 USC 245, 18 USC 1918, and 42
USC 1983); Diversity of American National Citizen)
*ACTION REQUIRED: Special appearance Air
Jurisdiction special beneficial interest in
the land.*
*[Living Man] Secured Party/Bailor*

Jury Trial: ☒ Yes   ☐ No

## I.    THE PARTIES TO THIS CRIMINAL COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.*

| | |
|---|---|
| Name | Sterling Jay: Shaw |
| Street Address | P.O. Box 213 |
| City and County | Woodinville, Snohomish County |
| State and Zip Code | Washington [98072] |
| Telephone Number | 206-549-4985 |

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 1

*Pro Se 4 2016*

1  B.    Defendant(s)

2        *Provide the information below for each defendant named in the complaint, whether the*
   *defendant is an individual, a government agency, an organization, or a corporation. For an*
3  *individual defendant, include the person's job or title (if known). Attach additional pages if*
   *needed.*
4
        Defendant No. 1

5
           Name                        DBA JAY INSLEE
6          Job or Title *(if known)*    Acting commissioning governor Duns #079248936
7          Street Address              P.O. Box 40002
           City and County             Olympia Thurston County
8          State and Zip Code          Washington 98504
9          Telephone Number            360-902-4111

10
        Defendant No. 2
11
           Name                        Central Puget sound Transit
12         Job or Title *(if known)*    COE/board of directors
13         Street Address              Union Station 401 S. Jackson St.
           City and County             Seattle, King County
14         State and Zip Code          WASHINGTON 98104
15         Telephone Number            206-398-5000

16
        Defendant No. 3
17
           Name                        Dba Jennifer Strus
18         Job or Title *(if known)*    Legislative Ethics Board WASHINGTON STATE
19         Street Address              P.O. Box 40100
           City and County             Olympia Thurston County
20         State and Zip Code          WASHINGTON 98504
21         Telephone Number            360-786-7573

22

23

24
   CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
   ALLEGING BREACH OF CONTRACT AND OATH OF
   OFFICE - 2

*Pro Se 4 2016*

Defendant No. 4

| | |
|---|---|
| Name | **DBA JASON SIEMS** |
| Job or Title *(if known)* | State Risk Manager |
| Street Address | 1500 Jefferson St. SE MS: 41466 |
| City and County | Olympia Thurston County |
| State and Zip Code | WASHINGTON 98504 |
| Telephone Number | 360-742-6348 |

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of an American National citizen. Under 18 U.S.C., a case arising under the United States Constitution or federal laws, or treaties is a federal question case.  Under 18 U.S.C. § 242, 18 USC 245, 42 USC 1983, a case in which an American citizen National of one State seeks damages of a corporation or citizen/person of another State or nation and the amount at stake is more than $75,000 is a public law case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (Check all that apply)

☒   Federal question             ☐   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### INTRODUCTION

Affidavit
*Sui Generis - (of its own kind)*
*A sworn statement by*
***Sterling Jay: Shaw*** *- American National*
*Citizen of the nation - state of Oregon - presents this statement, information, notice of documentation, and certification as to my status and jurisdiction - a statement in writing, entered as prima facia evidence: evidence to establish a fact or facts, or raise a presumption of fact unless refuted & rebutted on the record, by providing documented evidence to the contrary, wheress this factual evidence is provided under by my own free will, without coercion, and without promise of any sort of payment or renumeration of any kind, and that the statements made herein are truth, and are known to be factual to the best of my knowledge and understanding.*
By special appearance, I the undersigned Sterling Jay: Shaw "Agent living man were the flesh lives, blood flows and there is nothing between me and the divine" recorded UCC -1 Secured Party/Bailor in accordance with UCC 9-511, for these purpose(s) of this action...

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 3

*Pro Se 4 2016*

*Testimony in the form of an Affidavit of Truth.*

Facts established: Violation of color of law and Treaty Rights to an American citizen National ...

Federal law provides that it is a crime to violate the Rights of an American citizen National under Treaty Laws, and under the color-of-law. You can be arrested for this crime, and you can also be held personally liable for damages. Attempting to cause duress to a person to do something by saying that person that such action is required by law, when it is not required by law, is a felony.

18 USC § 242; provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any Treaty State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the "Constitution" or laws of the United States... shall be fined under this title or imprisoned not more than one year, or both.

18 USC § 245; if Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States, shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983; provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any Treaty State or Territory or the District of Columbia, subjects, or causes to be subjected, any American citizen National, of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the "Constitution" and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you have breached your "Contract" in accordance with Treaty Laws, Hierarchy Laws, Federal Laws and persisting with your demand may lead to your arrest and/or damages!

Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

Breach of Contract with the Peace Treaty of Paris, September 3, 1783, The Treaty of Ghent (8 Stat. 218) 1812, The Treaty of Oregon 1846, Treaty of Guadalupe Hidalgo February 2, 1848.

Breach of contract in the form of Oath of Offices which is the contract to the Treaties and Constitution, 5 USC 3331, Article 2, Section 1.C8.1 Constitutional Oath, and Chapter 11 Oaths Article 1 General Provisions.

_____

_____

_____

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

      1.      The Plaintiff(s)

          a.   If the plaintiff is an individual.

The plaintiff Sterling Jay: Shaw, is an "American citizen National" of the Nation State of Oregon.

The plaintiff is unincorporated under the Public laws of the Federation of States of United States of America, is unincorporated under the Public laws of the Federation of States of United States of America and has its principal place of business in the Federation of States of United States of America.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 4

*Pro Se 4 2016*

2.      The Defendant(s)

a.  If the defendant is an individual.

The defendant, DBA JAY INSLEE, is a citizen of the State of Washington Duns #079248936.  Or is a citizen of (*foreign nation*) Servicing agent to the Crown and Holy See Charter.

b.  If the defendant is a corporation.

The defendant, State of Washington Duns #079248936, is incorporated under the public laws of the United States/ UNITED STATES (INC) and State of Washington/WASHINGTON STATE and has its principal place of business in the State of Washington/WASHINGTON STATE.

Or is incorporated under the public laws of (*foreign nation*) Bankrupt United States/UNTIED STATES (INC) and has its principal place of business in the Foreign Corporation "DISTRICT OF COLUMBIA" (Incorporated March 3, 1791).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## III.     THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

The United States/UNITED STATES, and State of Washington/WASHINGTON STATE recognizes that there are certain inherent risks associated with the above described activity and assumes full responsibility for personal injury to one living man Sterling Jay: Shaw (Secured Party/Bailor) and all other parties and (if applicable) and further pray for the relief in the amount of the onetime Severance payment "$2,400,00.00", and retirement allowance of $3,000.00 a month with full executive benefits, in accordance with public bankruptcy laws, 28 USC 3202, 42 USC 1983, and RCW 60 liens, from United States/UNITED STATES DUNS #161906193, AND State of Washington/WASHINGTON STATE, DUNNS #079248936 for injury, loss or damage arising out of my Judgment claim of United States/UNITED STATES DUNS #161906193, and State of Washington/WASHINGTON STATE, DUNNS #079248936, whether caused by the fault of the United States/UNITED STATES, and STATE OR COUNTY OF WASHINGTON DUNNS #079248936 or any other third parties._____

_____

_____

## IV.     STATEMENT OF CLAIM

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and*

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 5

*Pro Se 4 2016*

*places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The plaintiff, Living Man Sterling Jay: Shaw, and the defendant, DBA JAY INSLEE, made an agreement or contract on January 16, 2013. The agreement or contract was (*oral and written*) **"Oath of Office" 5 USC 3331, RCW 43.01.020.** Under that agreement or contract, the parties were required to (*specify what the agreement or contract required each party to do*).

It is important you are aware that neither POTUS, nor acting DBA Governor Jay Inslee or any Governors, nor any of the Federal/FEDERAL or State/STATE, Executive Cabinet Agencies can delegate authority to mandate a trial Vaccine, that has killed or severely injured Millions of American Citizens, as we were created with perfect DNA from a living creator Genesis 1:26-28 of the **"Holy Word"**.

Federal law provides that it is a crime to violate the Rights of an American citizen National under Treaty Laws, and under the color-of-law. You can be arrested for this crime, and you can also be held personally liable for damages.

Attempting to cause duress to a person to do something by saying that such action is required by law, when it is not required by law, is a felony.

As well it breaches the contract of the Paris Peace Treaty of 1783, Oregon Treaty of 1846, and "Separation of Powers Doctrine" State v. Osloond, 60 Wash. App. 584, at 587, 805 P (2 d) 263 (1991);

Myers v. United States, 272 U.S. 52, 47 S. Ct. 21, 71 L.Ed. 160 (1926). Only Legislature can make laws.

I demand to know the public law of what "State" is/was incorporated in and who sits on the board of directors of this corporation and the name of the bonding company/companies who has all liabilities under contract, that gives the UNITED STATES COMMISSIONER ACTING AS President DBA JOE BIDEN and State of Washington/WASHINGTON STATE, Governing Commissioner, DBA JAY INSLEE as well any and all Governing Commissioners of the Federation of the United States of America, the power to mandate a Law, that circumvents the UCC, Public Law, the peace Treaty of Paris 1783, Oregon Treaty of 1846 and any and all Treaties that protect humanity.

---

The defendants failed to comply because (*specify what the defendant did or failed to do that failed to comply with what the agreement or contract required*).

The Defendants breached their Oaths of Office, Fiduciary duties, and the contract under color of law and violated the Treaties which were established for Peace.

Public/Federal law provides that it is a crime to violate the Rights of an American citizen National under Treaty Laws, and under the color-of-law.

18 USC § 242; provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any Treaty State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the "Constitution" or laws of the United States... shall be fined under this title or imprisoned not more than one year, or both.

18 USC § 245; if Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States, shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983; provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any Treaty State or Territory or the District of Columbia, subjects, or causes to be subjected, any American citizen National, of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the "Constitution" and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. Warning, you have breached your "Contract" in accordance with Treaty Laws, Hierarchy Laws, Federal Laws and persisting with your demand may lead to your arrest and/or damages!

Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

Breach of Contract with their Oath of office and the Peace Treaty of Paris, September 3, 1783, The Treaty of Ghent (8 Stat. 218) 1812, The Treaty of Oregon 1846, Treaty of Guadalupe Hidalgo February 2, 1848.

Breach of contract in the form of Oath of Offices which is the contract to the Treaties and Constitution, 5 USC 3331, Article 2, Section 1.C8.1 Constitutional Oath, and Chapter 11 Oaths Article 1 General Provisions.

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 6

*Pro Se 4 2016*

The acting POTUS, Governors, or the acting Washington State DBA Governor JAY INSLEE, and all Chief Medical Officers like Anthoney/ANTHONEY Fauci/FAUCI or Dr. Kathy/KATHY Lofy/LOFY only have the power granted by statute. Hoppe v. King County, 95 Wn.2d 332, 337, 622 P.2d 845 (1980); 63 Am. Jur. 2d, Public Officers and Employees, section 263 (1972); Neither officer can make laws on their own motion without violating all Treaties established from 1783, 1812, 1846, 1848, and "The Separation of Powers Doctrine." State v. Osloond, 60 Wash. App. 584, at 587, 805 P(2d) 263 (1991). Myers v. United States, 272 U.S. 52, 47 S.Ct. 21, 71 L.Ed. 160 (1926).

Only the legislature can make laws.

"A flat prohibition against regulation of a matter in one direction does not give Congress power to regulate the matter in another direction." Powe vs United States, 109 F.2d 140 (1940). Neither officer can redelegate any authority or power to Employers to hire or fire any employee for refusal to be vaccinated or masked in their workplace without violating "The Non-Delegation Doctrine."

Noe v. Edmonds Sch. Dist. 15, 83 Wn.2d 97, 515 P.2d 977 (1973); Ledgering v. State, 63 Wn.2d 94, 385 P.2d 522 (1963). What the Legislature is forbidden to do directly, certainly [the POTUS, Governors and Chief Medical Officers] cannot [illegally solicit or recruit Employers] to do indirectly." The City of Seattle v. Filson, 98 Wn.2d 66 (Nov. 1982).

It is undisputed pursuant to CR 8(d), that the Social Security Act as codified in Federal law at Title 42, Chapter 7, Subchapter XIX, Section 1396 (f), cited hereafter as "**42 U.S.C. § 1396f**", which provides a "**religious exemption**" from all unwanted vaccinations and provides that no one is required by law to undergo any medical screening, examination, diagnosis, or treatment or to accept any other health care or services provided under such plan for any purpose if such person does not consent or objects (**or, in case such person is a child, his parent or guardian objects**) thereto on religious or Constitutional grounds.

Violation of the Smith act of 1940. Violation of labor laws in the form of the OSHA ACT 1970, that was established to protect the workforce from being killed or harmed at work. Based on the VAERS reports Millions of American Citizens or workers have been harmed or killed by the vaccine.

It's a well-known fact that this Bioweapon called COVID-19 was created in a Communist Country with 191 billion dollars of the United States/UNITED STATES Tax's payers labor, which violates all Treaty Laws, Hierarchy Laws, Federal Laws, Smith Act of 1940, and "Separation of Powers Doctrine".

We the People demand to know the process and procedure that gives the United States/UNITED STATES COMMISSIONER ACTING AS President DBA JOE BIDEN, State of Washington/WASHINGTON STATE, Governing Commissioner, DBA JAY INSLEE, and any and all Governing Commissioners of the Federation of States of United States of America, the power to mandate a Law, that circumvents their Oaths of Office, UCC, Public Law, Labor Laws, OSHA ACT 1970, CIVIL RIGHTS ACT 1964 and the peace Treaty of Paris 1783, Oregon Treaty of 1846 and any and all Treaties that protect humanity.

_____

_____

The plaintiff has complied with the plaintiff's obligations under the contract.

## V.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

The United States/UNITED STATES, and State of Washington/WASHINGTON STATE recognizes that there are certain inherent risks associated with the above described activity and assumes full responsibility for personal injury to one living man Sterling Jay: Shaw (Secured Party/Bailor) and all other parties and (if applicable) and further pray for the relief in the amount of the onetime Severance payment "$2,400,00.00", and retirement allowance of $3,000.00 a month, in accordance with 28 USC 3202, 42 USC 1983, and RCW 60 liens, from United States/UNITED STATES DUNS #161906193, AND State of Washington/WASHINGTON STATE, DUNNS #079248936 for injury, loss or damage arising out of my Judgment claim of United States/UNITED STATES DUNS #161906193, and State of Washington/WASHINGTON STATE, DUNNS #079248936, whether caused by the fault of the United States/UNITED STATES, and STATE OR COUNTY OF WASHINGTON DUNNS #079248936 or any other third parties.

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 7

Pro Se 4 2016

1 _____

2 _____

3

## VI.    CERTIFICATION AND CLOSING

4        Under Public Law Rules of Procedures, by signing below, I certify to the best of my knowledge,

5 information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass,

6 cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have

7 evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable

8 opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements

9 of Public Law Rules.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I

10 understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my

11 case.

12       Date of signing:            *ucc 1-308*
                                    *Sterling Jay: Shaw*

13       Signature of Plaintiff      *Sterling Jay. Shaw*

14       Printed Name of Plaintiff   *12-1-2021*

15       Date of signing:            *December 1, 2021*
16                                   *ucc 1-308*
         Signature of Plaintiff      *Sterling Jay: Shaw*

17       Printed Name of Plaintiff   *Sterling Jay: Shaw*

18

19       Date of signing:            _____

20       Signature of Plaintiff      _____

         Printed Name of Plaintiff   _____

21

22

23

24

CRIMINAL COMPLAINT FOR A PUBLIC LAW CASE
ALLEGING BREACH OF CONTRACT AND OATH OF
OFFICE - 8

# To the Pentagon

By Anna Von Reitz



We have heard about the $700 Trillion dollars in debt derivatives held by the Deutsche Bank and your inability to deal with this burgeoning debt.

We can deal with it, if our erstwhile employees do the logical thing and talk to us. Us. Remember us? The Federation of States? The United States of America?

You've been dealing with our British Subcontractor "the" United States of America, instead.

You've been misdirected and misinformed by this middleman, which has been using you as cheap mercenaries in endless wars for profit.

That's not what your contract says. Wake up.

If you want to continue having a job and want solutions to the debt derivatives and operating expenses and everything else, you need to overcome your fears.

We have the situation in hand. We are not in debt.

Anna Maria Riezinger, Fiduciary

The United States of America.

----------------------------

See this article and over 3200 others on Anna's website here: www.annavonreitz.com

To support this work look for the PayPal buttons on this website.

# News Flash -- No Such Thing as "Emergency Powers"

By Anna Von Reitz



All these "Governors" working as State-of-State Federal Franchise Managers for the "new" US CORP that Joe Biden is fronting are signing "Emergency Declarations" --- which logically only impact Municipal United States citizens --- demanding that the "Sheriffs" employed by the "County of" organizations obtain all your information, including your medical history, and send it to Joe as a requirement to receive--- guess what?

A share of the federal racketeering payola--- whether you call it "Block Grants" or "TARP" or CARES or whatever else, that's what it is.

If you aren't a Municipal citizen of the United States, none of this applies to you, and for the record, there are not and have never been any "Emergency Powers" granted to any of these yahoos.

Be sure and tell them that.

Your private medical information is private and you need to stand up and make sure that you keep it that way.

How? By process serving the Governor and demanding that he obey and fulfill his Public Duty and observe the Public Law.

We never granted any level of government any permission to say one word about our health or our health care. Tell the Bozos that plainly observable fact and don't be nice about it.

They get away with bossing around and surveilling their own employees and dependents as a condition of employment or dependency, but they haven't got a leg to stand on when they pretend to have authority over the rest of us.
Tell them so, in no uncertain terms.

Tell them that you noticed that you weren't getting a federal paycheck, so you have no federal income, and you don't agree to be a "voluntary transactor" in commerce, either.

Tell them that their attempted usurpation has been duly noted and won't be forgiven if they continue their deceptive mercenary behavior and improper demands.

Tell them that they will be charged one trillion dollars for selling any information with your name attached to it, regardless of the style, ordering, or appearance of your name. Ditto that regarding the sale of any information with any number or alphanumeric connection to you and your identity.

Tell them that they are skating on very thin ice and that both the Territorial and Municipal Government have been colluding to kill their own employees, alter the genomes of their employees and sell their employee's personal information for profit --- which was never a fully disclosed condition of employment.

Tell them that this is both illegal and unlawful and that the Public Law is again being enforced in this country, so if they continue this predation, they will be charged with murder and hung. This is not a threat. It is a statement of fact.

Simple enough. Send the message. You've got nothing to lose but your freedom and your lives --- which will be stolen from you anyway, if you continue to stand for this garbage.

---------------------------

See this article and over 3400 others on Anna's website here: www.annavonreitz.com

To support this work look for the Donate button on this website.

# Who Is The Head of State? --- Open Letter to H.E. Cardinal Mamberti

By Anna Von Reitz



November 8, 2021

Dear Cardinal Mamberti:

An examination of American History yields many compelling facts that the American Public has remained largely unaware of for over two hundred years.

Most of this hidden history revolves around records kept by the Holy See and which should, reasonably, not be any news to the Vatican Chancery Court. Nonetheless, we feel compelled to delve into and bring forward specific facts that are otherwise being ignored by those who are best enabled to know them and obligated to honor them.

Specifically, who is the Head of State for America?

Not the President of any corporation, and that much is sure, because of the jurisdiction of the office. A "president" is a CEO of a business engaged in international trade or global commerce. By definition.

No President has ever served this country as its Head of State.

Instead, the Post Master of the Land Jurisdiction, whose seat of government is established as the Capitol of that country, Philadelphia, is the Head of State. It is the Post Master who declares war --- or peace --- and who acts as the Head of State.

Now that we are all reminded of this fact, or given cause to know it for the first time, let us examine the exact origin and transfer of the American Office of The Post Master.

The first Post Office in America was organized by Benjamin Franklin in 1732 and the first seat of government was established in Philadelphia, Pennsylvania.

Franklin, who together with European Benefactors including Comte du Motier (General LaFayette's Grandfather) and the young Comte de St. Germaine/St. Albans, and certain senior prelates of the Roman Catholic Church who maintained an interest in the Catholic Colonies---- all of whom wished to limit the avaricious British authorities, sought to establish a secure network of communications and private contractual agreements to support this network of Post Offices and Post Roads connecting directly to the established Ports and Sea Lanes connecting Europe and America.

The Post Office was the Internet of the 18th Century. It is still the most secure communications network on Earth.

Let us also reflect upon these facts --- Europe was founded by Euric of the Visigoths and brought under his singular Law, The Code of Euric.

Euric's family was native to the Auvergne region of France, and they retired there after also conquering most of England; another branch of the family settled in Normandy. Their outpost in England since Roman times is St. Albans, so it is not surprising that the Comte de St. Germaine, author of the World Trust, also held the title of Count St. Albans in England.

Nor is it surprising that he would be involved in the enterprise of the Post Office in America, and would serve as Franklin's counterpart on the sea --- the first Postmaster of The United States of America.

Please notice that with respect to this country and its international jurisdictions, Franklin served as Post Master (land) and St. Germain (using his British surname, St. Albans) served as its first Postmaster (sea).

As another twist, please also observe that Franklin also served as the first Postmaster (sea jurisdiction) for the British Territorial United States, that is, the Office of the Postmaster of the United States of America, as well as being (already) Post Master of The United States of America (land).

It is through the Saint Germain office that the entire network of the Post Offices has been preserved worldwide, but it is through Franklin's original office of Post Master established in 1732---and still held by James Clinton Belcher, that this country remains.

We understand that there has been a misunderstanding about all of this within the Roman Curia and also within the Church. Who wouldn't be confused?
We have a Post Master and a Postmaster..... a British Territorial Commonwealth calling itself "the United States of America" and an independent country calling itself "The United States of America".

We have a "President" of a business organization representing a Post Master, and a British Territorial Postmaster General rampaging around usurping upon the actual land jurisdiction Office of the Post Master.

It's confusing enough for the inheritors of both Europe and America to sort it all out with the assistance of the Saint Germain Minutemen; the only other institution on Earth that has the records and ability to do so, is the Roman Catholic Church and the Office of the Holy See, which has been dodging the ball.

The British attempt to destroy the St. Germain records by firebombing Dresden at the end of World War II obviously failed.

The Church will be disappointed to learn that our copy of Luther's 95 Theses also survived. So has the Code of Euric survived.

It may come as a big shock to those who never wondered why "Europe" is called "Europe" and to those who never noticed that there is a difference between "the" United States of America and The United States of America, or even a difference between Postmaster and Post Master---- but it is not a surprise to us.

So, here we are, in possession of our offices --- and there you all sit, playing pattycake with a Crown Pretender, Russell J. Gould.

Mr. Gould did enter the offices in Pennsylvania and he did do his little ceremonial claiming Franklin's other office, the British Territorial Office of "Postmaster of the United States of America", but he could not and did not claim the Office of the Post Master of The United States of America.

That's a leap too far for any British pirate.

Mr. Gould is a U.S. Citizen and never sought or claimed to be anything else. It is self-evident that he could never claim or fulfill the Office of Post Master --- the American Office that has been held by James Clinton Belcher since 1980, and which was affirmed by James Thomas McBride in 2008, together with all other "beneficial interest".

So, who is the American Post Master? And the rightful Head of State for The United States of America?

James Clinton Belcher.

Please note that Franklin fulfilled the Biblical prophecy of standing with one foot on the land and one foot in the sea, and that this is the only country on Earth where this is possible.

Please also note that Bacon, von Speck, and von Reitzenstein are one. St. Germain and St. Albans are one. Elaine of Auvergne and Elaine of Joyeaux Garde are one. Powys and Normandy are one. Guilleroi du Lac and Guilleroi de Armentrois are one with Aragon and Aragon is one with the Dalmatians and the Dalmatians are one with the Greeks.

All these peoples and principalities that you consider separate are in fact all One, and it is to that One that all power and glory and honor are given.

For it is the blood of the innocent that sets men free, and now that debt is paid in full, forever.

Those who seek to increase their debt do so in ignorance, for it cannot be done.

There is no more well-spring of guilt, except in their own dim imaginings.

Anna Maria Riezinger, Fiduciary
The United States of America
-------------------------

See this article and over 3300 others on Anna's website here: www.annavonreitz.com

To support this work look for the Donate button on this website.

# State Citizens v. US Citizens Status



By Anna Von Reitz

It has come as a great shock to some people to learn that there are two completely separate political statuses in this country that are the result of service obligations of public employees known as either "United States Citizens" or "Citizens of the United States" and those being served, the People of the States.

This fundamental fact should be taught to every schoolchild in America, but as a result of lapses and the self-interest of our employees, has not been.

The unincorporated States of the Union acting by and through their unincorporated Holding Company, The United States of America, are the actual Landlords and Employers of the Federal Government, both Territorial and Municipal.

The People of the States are the owners and operators of the States of the Union. We are owed the Good Faith Service of all Federal Employees and Agencies and the prompt and correct consideration of our proper political status, once we claim it and properly, explicitly enunciate our Will to be recognized as American State Nationals or American State Citizens.

A brief citational history was recently forwarded to me by a reader and as I like the way this is organized, I am publishing it as an education "short course" in the subject and as proof, if any is needed, that Americans are naturally Lawful Persons and occupy a political status separate from US Citizens:

1.     State Citizens v. US Citizens

2.     "There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter" — Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 (1909)

3.     Federal citizenship is a municipal franchise domiciled in the District of Columbia, and the political rights of federal citizens are franchises which they hold as privileges at the legislative discretion of Congress." —(Murphy v. Ramsey , 114 U.S. 15 (1885)).

4.     "The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States." — US vs. Valentine 288 F. Supp. 957

5.     "Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." — Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773

6. "A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." — Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

7.      "There is in our Political System, a government of each of the several states and a government of the United States Each is distinct from the other and has citizens of its own." — US vs. Cruikshank, 92 US 542,

8.      ...the privileges and immgunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." — Maxwell v Dow, 20 S.C.R. 448, at pg 455;

9.      "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the "citizenship" to the agencies of government." — City of Dallas v Mitchell, 245 S.W. 944

10.     "...it might be correctly said that there is no such thing as a citizen of the United States. ... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." — Ex Parte Frank Knowles, 5 Cal. Rep. 300

11.     This can also be confirmed in the definitions section of Title 5 USC, Title 26 USC, and Title 1 USC.

12.     Therefore a US citizen is a piece of property. If you read any of those old court cases prior to the civil war where slavery was the issue, the debate was ALWAYS over property rights, therefore a US citizen, is a SLAVE.

13.     The Fourteenth Amendment defines what a US citizen is;
"Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.... "

14.     The so-called Fourteenth Amendment criminally converts US citizenship completely upside down from what the founding fathers intended.

15.     A US citizen is a corporation:

16.     Summary of 6 pages of Congressional Record , June 13, 1967, pp. 15641-15646). A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4.

17.     "...it is evident that they [US citizens] have not the political '[ rights]' which are vested in citizens of the States. They are not constituents of any community in which is vested any sovereign power of government. Their position partakes more of the character of subjects than of citizens. They are subject to the laws of the United States, but have no voice in its management. If they are allowed to make laws, the validity of these laws is derived from the sanction of a Government in which they are not represented. Mere citizenship they may have, but the political '[rights]' of citizens they cannot enjoy..." — People v. De La Guerra,40 Cal. 311, 342 (A.D. 1870)

18.     Del Sharp United States Code that uses "American national" while maintaining no such status as 14th Amendment "naturalized citizen of the United States".

19.     8 U.S.C. § 1502 : Certificate of nationality issued by Secretary of State for person not a naturalized citizen of United States for use in proceedings of a foreign state.

20. The Secretary of State is authorized to issue, in his discretion and in accordance with rules and regulations prescribed by him, a certificate of nationality for any person not a naturalized citizen of the United States who presents satisfactory evidence that he is an **AMERICAN NATIONAL** and that such certificate is needed for use in judicial or administrative proceedings in a foreign state. Such certificate shall be solely for use in the case for which it was issued and shall be transmitted by the Secretary of State through appropriate official channels to the judicial or administrative officers of the FOREIGN STATE in which it is to be used.

21.     Corpus Juris Secundum § 883, [t]he United States government is a FOREIGN CORPORATION with respect to a state.

22.     8 USC § 1101(a)(21), [t]he term "national" means a person owing permanent allegiance to a state."

23.     8 USC § 1101(a)(22), [t]he term "national of the United States" means
(A) a citizen of the United States, or
(B) a person who, though not a citizen of the United States, owes permanent
allegiance to the United States.

24.     American national ≠ national/citizen of the United States

25.     These are TWO distinct status' within the American system. The former is a freeman, the latter is a voluntary slave subject to the jurisdiction thereof created by section 1 of the 14th Amendment. It is a FEDERALLY CREATED capacity/title that owes allegiance to it.

I trust that this is the "end" of any debate about the issue.

If you wish to be considered a "US Citizen" of any kind, you may adopt that status and act as a Legal Person. If you wish to retain your natural born capacity and wish to act as a Lawful Person and act exclusively as an "American State National" or "American State Citizen", you may declare your intent and claim/reclaim and record your natural political status as an American — which is what I recommend and what our paperwork process is designed to accomplish.

At no time before or since the so-called American Civil War have any of our States been engaged in any form of warfare since 1814; we are owed the Law of Peace, AR 27-161-1 from the Territorial Government and agreed upon Service from the Municipal Government, which, with respect to us, is limited to perform its operations within the ten miles square of the District of Columbia.

Those of us who declare ourselves and record our political status as peaceful American State Citizens are owed all protections and guarantees of both The Constitution of the United States of America (Territorial Government) and The Constitution of the United States (Municipal Government) without any presumption of the existence of US Citizenship obligations of any kind.

In the same token, we are obligated by those same venerable agreements to not interfere in the functions of the Federal Government and to "stay in our lane" in the day to day operation of our own affairs. If we claim our State National or State Citizen status, we accept it as our singular political status and/or obligation of citizenship, and we do not claim any other political status in conflict of interest.

So, if you are a "US Citizen" you cannot at the same time be considered an "American State National" or "American State Citizen" by any State of the Union, even though your Federal Employer may allow you to claim Dual Citizenship during your period of service employment and may recognize your actual nationality as that of an American.
-----------------------------

See this article and over 1700 others on Anna's website here: www.annavonreitz.com

To support this work look for the PayPal button on this website.

# Declaration of citizenship

NOTICE TO AGENT IS NOTICE TO PRINCIPAL – NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I the living man, **Sterling Jay,** whose family name is Shaw, affirm and declare that I  am a "**natural born citizen**" of the **nation state of Oregon**. I hereby declare that I am an **"American citizen"**[1] and have returned to my lawful birthright status as a Oregonian  and I claim my exemptions as stated in Federal Code 8 USC 1101 (a) 21.

That I, the living being, **Sterling Jay** has created a UCC-1 Financial Statement & Security Agreement by and between, the living being **Sterling Jay, Shaw** and Territorial name: "Sterling J. Shaw" and the MUNICIPAL NAME: STERLING  J. SHAW, both juristic Persons (meaning legally created) reclaiming full control of the "Foreign Grantor Trust" known a "Transmitting Utility" account # 541923769 . Further that this same "Security Agreement Contract" transfers any and all equity, interest and/or ownership to any and all assets acquired in either name, retroactive to July 8, 1962, to the living man, **Sterling Jay: Shaw**, who is the "donor & beneficiary" to both names.

That I Declare that I am under "**Public Law**"[2] of The United States of America, and I do by this Declaration, **cancel all "prior presumptions"** that I was, or am acting under **"Public Policy"**[3] or as "Surety" for the Territorial name "Sterling J. Shaw" or the MUNICIPAL NAME STERLING J. SHAW, or any derivation thereof.

That I Declare that my home and domicile is located in the **nation-state of Oregon**, and **NO OTHER** PRESUMPTIONS OF RESIDENCE is claimed. I further declare.., that I reject, renounce, and remove any and all allegiance to any king, prince, president or to any foreign state, or government, flag or thing.

I further declare that I am the owner and operator of the vessel first created on or about the 1st day of April 1961, whose live birth was on the 8th day of July 1962, whereas my unique DNA was created.

That I declare and affirm under penalty of perjury under the public law of The United States of America, that this Declaration is valid, true, correct and complete in all jurisdictions of law, air, land and sea, so signed and sealed on the 11th day of June 2021.

By: *Sterling 'Jay' Shaw* © SEAL
**Sterling Jay** of the family of Shaw – Private
American citizen – nation-state of Oregon
UCC 1-308 - Without Prejudice,
All Rights Reserved

Witnessed by:                    SEAL
By: *Keith Allan: (goult) – Trustee*
Prairie Star National Trust
Agent – Sr Trustee
UCC 1-308  Without Prejudice – All Rights Reserved

1   Citizen *(noun) an inhabitant of a city or town – a member of a state or nation.*

2   Public Law: As an American citizen, derived from the Constitution "Bill of Rights"

3   Public Policy:  Corporate or Private Law; statutory law; Federal Law/codes

## <u>ALL LAW IS CONTRACT – CONTRACT MAKES LAW</u>
## "CONTRACT  &  CONSENT"

The juristic Person known as **Prairie Star National**©, is the exclusive Private Property of **Prairie Star National Trust**©, under Copyright, where no use is granted, without written authorization, See page 8 of this document.

**Prairie Star National** is not any kind of U. S. Citizen, nor a Citizen of the United States. It is NOT A VASSEL of any "Foreign Lord", but is a vessel doing business as **Prairie Star National**©, together with all derivatives and spellings, and not acting in any federal territorial or municipal capacity. Prairie Star National "**Does Not Consent to any kind of Contract**", except those in writing, acknowledged/signed by a authorized representative, and certified by a Public Notary.

**Prairie Star National**© has entered into an agreement with the flesh & blood, living man Sterling Jay: Shaw©, in the creation of, and the presentation of this **Commercial Tort Claim**, to those **Respondents** listed on Page one of this document.

**Prairie Star National**© holds a "Certified/Recorded - Durable Power of Attorney" to act with unlimited "authority" for the flesh & blood, living man Sterling Jay: Shaw©.

The Jurisdiction of **Prairie Star National**© is the "land & soil" of the Nation-state of Montana.

The Jurisdiction of the flesh & blood, living man Sterling Jay: Shaw © is the "land & soil" of the Nation-state of Oregon.

**Prairie Star National**© hereby provides notice to all jurisdictions, that any and all implied, presumed or express contract now, or in the past, with THE UNITED STATE OF AMERICA, INC;  USA, INC.; or any "Federal MUNICIPAL STATE OF STATE, or any "TERRITORIAL State of State" are hereby canceled and/or rebutted.

**Notice to Principal is Notice to Agent – Notice to Agent is Notice to Principal**

**Any claim brought forth in a foreign jurisdiction, where no consent is granted….
shall be met with a counter Commercial Tort Claim in the amount of
$250,000.00 per charge, and $50,000.00 per day
of litigation or lawful expiration.**

**By your actions, you agree to contract!**



3965 Bethel Road SE
Suite 1, PMB #1-244
Port Orchard, Washington
Postal Code 98366

## UCC-1 Financing Statement & Security "Collateral" Agreement

### Sterling Jay: Shaw – Secured Party Creditor
**American Citizen/National - nation-state of Washington**
**Air Jurisdiction, with beneficial interest in the land**

### STERLING JAY SHAW – STERLING J. SHAW – DEBTOR
**A Corporate Entity – juristic Person**
**American State Citizen – American State Vessel**
**Land Jurisdiction – nation state of Oregon by contract**

The following is part of the Original Filing effective on the seventh day of the eighth month in the year of our Lord one Thousand Nine hundred Sixty Two, as to all proceeds, products, accounts and fixtures; of the instruments, orders, judgments, agreements and documents of recording, nunc pro tunc, incorporated herein by reference are hereby accepted for value, are exempt from levy and are the personal property of the Debtor, whereby Secured Party holds all interest therein. This includes any and all property of the Debtor in any Commercial Registry as an International Commercial Transmitting Utility/trust, illustrated as STERLING J. SHAW. Transmitting Utility, account number: 541923209 of DEBTOR – STERLING JAY SHAW – STERLING J. SHAW, a "corporate entity – juristic Person" created by the MUNICIPAL STATE OF 541923209 on July 25, 1962.

The term "Secured Party," as used in regard to this UCC Filing, and Security Agreement, does mean "a sovereign, living, flesh & blood, American National, born on the land in the nation-state of 541923209", whose jurisdiction is permentally established in the air, with a beneficial interest in the land, purely private, outside the legislative jurisdiction of the aggregate Corporate or Federal States of State and/or the MUNICIPAL or Territorial corporate UNITED STATES,(INC) having full and Lawful Authority, and said definition is superior to the state's or federal's definition of "individual" on this filing.

This filing secures a **Contractual Obligation in favor of Secured Party**; any attempt to stultify or impair, or nullify the contract between "Secured Party" and "Debtor" shall be held to a contractual obligation of **$1,000,000.00 per action, plus $50,000.00 per day** litigation or lawful expiration, whereas this agreement shall be considered a binding contractual agreement, having been fully provided notice by this document.

This document also provides notice of "Common Law Copyright", whereas any unauthorized use of any variation or divination of the names listed herein, are covered under copyright whereas a fee of $15,000 per occurrence shall be assessed, for the unauthorized use of any variation of the copyright names.

The Secured Party, as "donor & beneficiary",  hereby secures all rights, interest, and title over all of Debtor's acquired  assets, land and personal property previously acquired without "consent or knowledge" of the Secured Party Creditor, or  now owned and hereafter acquired, now existing and hereafter arising, and wherever located or described more fully in the Private Security Agreement, identified as document #: PSN- 781962 SJSHAW nunc pro tune, Account# 541923209, in the sum certain amount of One Hundred Billion Dollars, incorporated herein by reference.

Said Registration is to secure the rights, title(s), and interest in 541923209 BIRTH CERTIFICATE, STATE OF OREGON, CERTIFICATION OF VITAL RECORD, Birth Certificate file number: 136 62 20189; Certificate number: 1201342 for **STERLING JAY SHAW**, Date filed: July 25,1962 in the County of Moltnoma; Certified by Clerk & Recorder *Bell &  Meadow MD. Whereas the document states "This certifies that this document is a true replication of the original information on file with the Department of Public Health and Human Services."*

This Pledge represented by same, including, but not limited to the DNA,  pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom; Debtor's Social Security Form SSA-3000 (6-99); Social Security Number, SSA Bond Number 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;  Transmitting Utility Account # 541923209 a Treasury direct Trust Account, A UCC Contract Account, including any residual derivative of any Trust Account created in the name of **STERLING JAY SHAW**; **STERLING J. SHAW**; a Transmitting Utility Account # 541923209.

A Common Law Trade-name/Trade-mark Copyright Notice Recorded in Snohomish County Washington, covering all the juristic Persons names; STERLING JAY SHAW and any derivative thereof; The living, flesh & blood, man whose Proper/Given name is: **Sterling Jay: Shaw** and/or any and all variations thereof. Secured Party, accepts for value, Exempt from Levy; without prejudice, all rights reserved, without "joiner" or hidden contractual obligations, Debtor's Passport number: c-11835319, a state National; along with the conditional acceptance; without prejudice, all rights reserved, against any and all licenses ever held or to be held and the applications for same; Applications for government benefits and/or contractual obligations, and all public and private recordings.

All debentures, indentures, contracts, accounts, bonds, pledges, all open and closed checking and savings accounts, accepted for value & Exempt from Levy, without prejudice, all rights reserved; hand writings, signatures, hand prints, foot prints, retina scans, and DNA matter predicated on the Juristic Person/Fictional Entity/Dummy Corporation

Organization described as Debtor and all other property of the Debtor, nunc pro tunc, 541923209. All property is Accepted for Value and Exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10, UCC 1-103, 10-104 and UCC 1-104. Secured Party Accepts Debtor's Signature in accord with UCC 1-201(39), 3-419 and 3-401. All proceeds, products, accounts and fixtures, and the orders therefrom are released to Debtor. **By explicit reservation, Secured Party is neither guarantor to any other's accounts, nor Fiduciary, nor Joiner, nor Surety, nor Co-Signer, for Debtor known as STERLING JAY SHAW or any variation thereof, without express written disclosure, consent and agreement.**

**Further that any "past contract" or "agreement of any sort" created without full disclosure is hereby declared "null and void" under the Uniform Commercial Code and Public Law.**

By my autograph and seal, I, the living, flesh & blood man, certify that the above is true and accurate representation of the UCC-1 Financing Statement & Security Agreement filed with UCC Regional Office, Denver, Colorado.

By  *Sterling Jay Shaw*  © Without Prejudice - All Rights reserved – UCC 308-1

**Sterling Jay: Shaw©**, Sui Generis, Private
American state Citizen-National – Nation-state of Washington
*c/o P.O.Box 213*
*Woodinville, Washington, Postal Code 98072*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - -

## Notice of Express Contract & Fee Schedule

**To whom it may concern:**

The annexed **Notice of Express Contract & Fee Schedule**, is a schedule of mandatory fees instated by Sterling Jay: Shaw©: Secured Party, **"Donor & Beneficiary"** of the juristic Persons: STERLING JAY SHAW©: PUBLIC and all derivatives and variations in the spelling of said trade-name/trade-mark – Common Law Copyright © 1980 by: Sterling Jay: Shaw©; the living man, herein after the Secured Party.

The flesh & blood, living man, Sterling Jay: Shaw© forth fees to be instated in any "commercial business transaction" - "Commercial Contract", express or implied, or by any other means, without her explicit written agreement to waive such fees, carrying his autograph in Red-ink thereon.
Regular business may be conducted relevant to this schedule whereas fees are due and must be paid at the time an agreement is signed by the parties to the agreement.

In the event of a violation or un-authorized use, infraction, or applied operation, resulting in the violation by any juristic Persons, meaning any commercial corporation, Federal or State Agency or any Agent(s) thereof, for any of the business elements outlined within the fee schedule…

Payment will be come due and payable with (10) day of the infraction. In the event of failure to pay such fees, the Secured Party has the right to file a "Common Law Lien" against any and all property of juristic Person, or its agents. Including the acknowledged "writ of attachment" to any and all property of the debtor.

Any and all changes to this fee schedule must be made in writing, agreed to in writing by the Secured Party, Sterling Jay: Shaw.

By  *Sterling Jay: Shaw*                    ©    SEAL
Sterling Jay: Shaw, Private
Without Prejudice – All rights reserved
Private, American state Citizen-National
Secured Party Lien Creditor



3965 Bethel Road SE
PMB #1-244
Port Orchard, Washington
Postal Code 98366

psn@prairiestar.net

**LAWFUL ADVOCATE
ARBITRATION**

November 8, 2021

Via Certified mail # 7020316000117780661

**_Office of the Director of Risk management_**
State of Washington DBA Jason Siems
1500 Jefferson Street SE, M/S #41466
Olympia, Washington [98504]

To Whom it May Concern:

Prairie Star National, has been Contracted by Sterling Jay: Shaw, the living man, by a "Durable Power of Attorney" (which means we are authorized to act on behalf of the living man in all aspects.)

Prairie Star National also holds a "Durable Power of Attorney" to act on behalf of the Juristic Person known as: "STERLING JAY SHAW" a fictional Person; a "Transmitting Utility" created by the MUNICIPAL STATE OF WASHINGTON.

This "Notice" includes informative information, that IF you or your "Corporate Entity" and/or "Corporate Officers" are "unaware of" it's existence, it is important that you spend a little time with the "Attorney General for the STATE OF WASHINGTON, so that he may explain to you that YOU nor the PUGET SOUND TRANSIT, nor the STATE OF WASHINGTON... CANNOT mis-identity the "living man" with the "fictional entity".

The two entities are totally and unequivocally separate.

**THE FACTS....**

**One....**

Prairie Star National is a "Lawful Consultant" to the living man Sterling Jay: Shaw. ALL correspondence, letter, demands, etc, MUST be addressed to Prairie Star National, in writing. Sterling Jay: Shaw, the living man, DOES NOT CONSENT to any "verbal" or "mandated" orders from "Public Health" or the "Governor of the "Bankrupt and out of business" STATE OF WASHINGTON.

Just in case you have missed the news, the STATE OF WASHINGTON is a franchise of the FEDERAL MUNICIPAL, UNITED STATES, INC., which was terminated in final bankruptcy on November 5, 2020, and is no longer in business.

Prairie Star National is also the "Exclusive Administrator & Executor" of the ESTATE of STERLING JAY SHAW, the "Transmitting Utility". IT IS THIS ENTITY THAT YOU HAVE A CONTRACT WITH.

**Two….**

The STATE OF WASHINGTON… and all its AGENCIES… are a "Franchise of the FEDERAL MUNICIPAL CORPORATION (the one bankrupt and out of business). THE STATE OF WASHINGTON and/or any AGENCY THEREOF… can prove me wrong by simply producing a "Contract authenticated by Washington state", (the states organic government) authorizing the STATE OF WASHINGTON and its AGENCIES to "provide governmental services" to American Nationals… (Nationals or Citizens are of the organic state, and ARE NOT, MUNICIPAL U. S. CITIZEN, nor citizen of the United States.

**Three….**

Sterling Jay: Shaw is an American National… his "Jurisdiction" is in the Air… with a "Beneficial Interest in the Land" …. (Meaning he is NOT in the STATE'S jurisdiction" WHICH MEANS… he is NOT OBLIGATED to follow the STATE'S MANDATES).

STERLING JAY SHAW is a corporate entity, but under the "diversity clause" created by the congress of the FEDERAL SERVICE CORPORATION, IT is/" was" a "U. S. CITIZEN and/or a "Citizen of the United States" [meaning a citizen of the "CORPORATION ENTITY THE UNITED STATES, INC.) The attached "MANDATORY NOTICE", "Foreign Sovereign Immunities Act" was repatriated to the "land & soil" jurisdiction of Washington state.

THE DOCUMENT STATES… "The vessels doing business as Sterling Jay: Shaw… …and STERLING JAY SHAW…"   "…that these vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit;…"

**Four….**

The STATE OF WASHINGTON, and the PUGET SOUND TRANSIT, and the COUNTY OF KING, all have an obligation to 'HONOR THE CONTRACT" that is in place with "STERLING JAY SHAW" …, acknowledged by the living man "Sterling Jay Shaw…

A CONTRACT is a CONTRACT… The STATE, nor the COUNTY, nor the PUGET SOUND TRANSIT can arbitrarily change the "conditions of the contract" without approval of the parties thereto.

Today, the STATE, the COUNTY and the PUGET SOUND TRANSIT is in violation of that Contract… should you continue to by "force of some Mandate" (which is NOT LAW), to accept some element, (vaccine) as a condition of employment or fulfillment of the "existing contract" by forcing our client to acquiesce and conform to some "mandate" which violates even the "Nuremberg Code of 1947".

We will counter with a "Commercial Tort Claim" (a non-judicial claim) $ 5,000,000.00 (5) million dollars, times 8, as damages; against the corporate entities, any Officers of the Corporation, including the personal assets of every Officer of each of the following corporations:

STATE OF WASHINGTON (D.U.N.S # 079248936)

KING COUNTY (D.U.N.S # 156914921)

Puget SOUND TRANSIT (D.U.N.S # 958427239)

**Five….**

The "CLEARFIELD DOCTRINE" clearly defines the status of corporate entities…

> *"As the use of private corporate commercial paper, debt currency or securities is concerned, removes the sovereignty status of the government of "We the People" and reduces it to an entity, rather than a government in the area of finance and commerce as a corporate or person…."*
>
> **"When the governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation - - U. S. V Burr, 309 U. S. 242**

In Article I, Section 10, Clause 1, of the Federal Constitution, it states:

> *SECTION 10. Clause 1. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or **Law impairing the Obligation of Contracts**, or grant any Title of Nobility. (Emphasis added).*

The "Law" in this case is a "Statute" or "Public Policy" of an Agency of the Federal Service Corporation… is imposing a restriction or mandate, thus impairing our clients right to contract. This "mandate" is an attempt to restrict or impair our client from the enjoyment of entering a "private contract" with a "corporate entity, a right granted by the Federal Constitution.

The Corporation has a "right to demand" compliance with "employees", providing the existing contract "states the restriction". No such exception exists…

If the Corporate entity "PUGET SOUND TRANSIT – (DUNS # 958427239) wishes to change or alter the contract, they may present a proposal to do so… At present NO PROPOSAL was put forth…

This is our proposal…

1) Honor the Contract as it stands… no alterations, no additional conditions… no penalties. Any conditional elements imposed by the Corporation or its Officers, our Clients will reserve the right to record a "Commercial Tort Claim" for damages.

2) Buy out the Contract, by paying our client $3,000,000.00, whereas our client will agree, not to file or record any additional claims against the corporations.

3) This offer expires November 12, 2021.

Respectfully

**Prairie Star National ©**

Grace S. Zeman – Agent - Trustee

By: _____

Without Prejudice – All Right Reserved



3965 Bethel Road SE
PMB #1-244
Port Orchard, Washington
Postal Code 98366

psn@prairiestar.net

**LAWFUL ADVOCATE**
**ARBITRATION**

November 8, 2021

Via Certified mail # 7020316000117780661

**_Office of the Director of DOSH management_**
State of Washington DBA YVONNE BAPTISTE
P.O. BOX 44604,
Olympia, Washington [98504]

To Whom it May Concern:

Prairie Star National, has been Contracted by Sterling Jay: Shaw, the living man, by a "Durable Power of Attorney" (which means we are authorized to act on behalf of the living man in all aspects.)

Prairie Star National also holds a "Durable Power of Attorney" to act on behalf of the Juristic Person known as: "STERLING JAY SHAW" a fictional Person; a "Transmitting Utility" created by the MUNICIPAL STATE OF WASHINGTON.

This "Notice" includes informative information, that IF you or your "Corporate Entity" and/or "Corporate Officers" are "unaware of" it's existence, it is important that you spend a little time with the "Attorney General for the STATE OF WASHINGTON, so that he may explain to you that YOU nor the PUGET SOUND TRANSIT, nor the STATE OF WASHINGTON... CANNOT mis-identity the "living man" with the "fictional entity".

The two entities are totally and unequivocally separate.

**THE FACTS....**

**One....**

Prairie Star National is a "Lawful Consultant" to the living man Sterling Jay: Shaw. ALL correspondence, letter, demands, etc, MUST be addressed to Prairie Star National, in writing. Sterling Jay: Shaw, the living man, DOES NOT CONSENT to any "verbal" or "mandated" orders from "Public Health" or the "Governor of the "Bankrupt and out of business" STATE OF WASHINGTON.

Just in case you have missed the news, the STATE OF WASHINGTON is a franchise of the FEDERAL MUNICIPAL, UNITED STATES, INC., which was terminated in final bankruptcy on November 5, 2020, and is no longer in business.

Prairie Star National is also the "Exclusive Administrator & Executor" of the ESTATE of STERLING JAY SHAW, the "Transmitting Utility". IT IS THIS ENTITY THAT YOU HAVE A CONTRACT WITH.

**Two….**

The STATE OF WASHINGTON… and all its AGENCIES… are a "Franchise of the FEDERAL MUNICIPAL CORPORATION (the one bankrupt and out of business). THE STATE OF WASHINGTON and/or any AGENCY THEREOF… can prove me wrong by simply producing a "Contract authenticated by Washington state", (the states organic government) authorizing the STATE OF WASHINGTON and its AGENCIES to "provide governmental services" to American Nationals… (Nationals or Citizens are of the organic state, and ARE NOT, MUNICIPAL U. S. CITIZEN, nor citizen of the United States.

**Three….**

Sterling Jay: Shaw is an American National… his "Jurisdiction" is in the Air… with a "Beneficial Interest in the Land" …. (Meaning he is NOT in the STATE'S jurisdiction" WHICH MEANS… he is NOT OBLIGATED to follow the STATE'S MANDATES).

STERLING JAY SHAW is a corporate entity, but under the "diversity clause" created by the congress of the FEDERAL SERVICE CORPORATION, IT is/" was" a "U. S. CITIZEN and/or a "Citizen of the United States" [meaning a citizen of the "CORPORATION ENTITY THE UNITED STATES, INC.) The attached "MANDATORY NOTICE", "Foreign Sovereign Immunities Act" was repatriated to the "land & soil" jurisdiction of Washington state.

THE DOCUMENT STATES… "The vessels doing business as Sterling Jay: Shaw… …and STERLING JAY SHAW…"   "…that these vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit;…"

**Four….**

The STATE OF WASHINGTON, and the PUGET SOUND TRANSIT, and the COUNTY OF KING, all have an obligation to 'HONOR THE CONTRACT" that is in place with "STERLING JAY SHAW" …, acknowledged by the living man "Sterling Jay Shaw…

A CONTRACT is a CONTRACT… The STATE, nor the COUNTY, nor the PUGET SOUND TRANSIT can arbitrarily change the "conditions of the contract" without approval of the parties thereto.

Today, the STATE, the COUNTY and the PUGET SOUND TRANSIT is in violation of that Contract… should you continue to by "force of some Mandate" (which is NOT LAW), to accept some element, (vaccine) as a condition of employment or fulfillment of the "existing contract" by forcing our client to acquiesce and conform to some "mandate" which violates even the "Nuremberg Code of 1947".

We will counter with a "Commercial Tort Claim" (a non-judicial claim) $ 5,000,000.00 (5) million dollars, times 8, as damages; against the corporate entities, any Officers of the Corporation, including the personal assets of every Officer of each of the following corporations:

STATE OF WASHINGTON (D.U.N.S # 079248936)

KING COUNTY (D.U.N.S # 156914921)

Puget SOUND TRANSIT (D.U.N.S # 958427239)

**Five....**

The "CLEARFIELD DOCTRINE" clearly defines the status of corporate entities...

> *"As the use of private corporate commercial paper, debt currency or securities is concerned, removes the sovereignty status of the government of "We the People" and reduces it to an entity, rather than a government in the area of finance and commerce as a corporate or person...."*
> **"When the governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation - - U. S. V Burr, 309 U. S. 242**

In Article I, Section 10, Clause 1, of the Federal Constitution, it states:

> *SECTION 10. Clause 1. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or **Law impairing the Obligation of Contracts**, or grant any Title of Nobility. (Emphasis added).*

The "Law" in this case is a "Statute" or "Public Policy" of an Agency of the Federal Service Corporation... is imposing a restriction or mandate, thus impairing our clients right to contract. This "mandate" is an attempt to restrict or impair our client from the enjoyment of entering a "private contract" with a "corporate entity, a right granted by the Federal Constitution.

The Corporation has a "right to demand" compliance with "employees", providing the existing contract "states the restriction". No such exception exists...

If the Corporate entity "PUGET SOUND TRANSIT – (DUNS # 958427239) wishes to change or alter the contract, they may present a proposal to do so... At present NO PROPOSAL was put forth...

This is our proposal...

1) Honor the Contract as it stands... no alterations, no additional conditions... no penalties. Any conditional elements imposed by the Corporation or its Officers, our Clients will reserve the right to record a "Commercial Tort Claim" for damages.

2) Buy out the Contract, by paying our client $3,000,000.00, whereas our client will agree, not to file or record any additional claims against the corporations.

3) This offer expires November 12, 2021.

Respectfully

**Prairie Star National** ©

Grace S. Zeman – Agent - Trustee

By: _____
   Without Prejudice – All Right Reserved



3965 Bethel Road SE
PMB #1-244
Port Orchard, Washington
Postal Code 98366

psn@prairiestar.net

**LAWFUL ADVOCATE**
**ARBITRATION**

November 2, 2021

Via Certified mail # 7020316000117780661

*Office of the Director of HR Dept*
Puget Sound Transit
Union Station 401 S. Jackson ST
Seattle, Washington [98104]

To Whom it May Concern:

Prairie Star National, has been Contracted by Sterling Jay: Shaw, the living man, by a "Durable Power of Attorney" (which means we are authorized to act on behalf of the living man in all aspects.)

Prairie Star National also holds a "Durable Power of Attorney" to act on behalf of the Juristic Person known as: "STERLING JAY SHAW" a fictional Person; a "Transmitting Utility" created by the MUNICIPAL STATE OF WASHINGTON.

This "Notice" includes informative information, that IF you or your "Corporate Entity" and/or "Corporate Officers" are "unaware of" it's existence, it is important that you spend a little time with the "Attorney General for the STATE OF WASHINGTON, so that he may explain to you that YOU nor the PUGET SOUND TRANSIT, nor the STATE OF WASHINGTON... CANNOT mis-identity the "living man" with the "fictional entity".

The two entities are totally and unequivocally separate.

**THE FACTS....**

**One....**

Prairie Star National is a "Lawful Consultant" to the living man Sterling Jay: Shaw. ALL correspondence, letter, demands, etc, MUST be addressed to Prairie Star National, in writing. Sterling Jay: Shaw, the living man, DOES NOT CONSENT to any "verbal" or "mandated" orders from "Public Health" or the "Governor of the "Bankrupt and out of business" STATE OF WASHINGTON.

Just in case you have missed the news, the STATE OF WASHINGTON is a franchise of the FEDERAL MUNICIPAL, UNITED STATES, INC., which was terminated in final bankruptcy on November 5, 2020, and is no longer in business.

Prairie Star National is also the "Exclusive Administrator & Executor" of the ESTATE of STERLING JAY SHAW, the "Transmitting Utility". IT IS THIS ENTITY THAT YOU HAVE A CONTRACT WITH.

**Two....**

The STATE OF WASHINGTON... and all its AGENCIES... are a "Franchise of the FEDERAL MUNICIPAL CORPORATION (the one bankrupt and out of business). THE STATE OF WASHINGTON and/or any AGENCY THEREOF... can prove me wrong by simply producing a "Contract authenticated by Washington state", (the states organic government) authorizing the STATE OF WASHINGTON and its AGENCIES to "provide governmental services" to American Nationals... (Nationals or Citizens are of the organic state, and ARE NOT, MUNICIPAL U. S. CITIZEN, nor citizen of the United States.

**Three....**

Sterling Jay: Shaw is an American National... his "Jurisdiction" is in the Air... with a "Beneficial Interest in the Land" .... (Meaning he is NOT in the STATE'S jurisdiction" WHICH MEANS... he is NOT OBLIGATED to follow the STATE'S MANDATES).

STERLING JAY SHAW is a corporate entity, but under the "diversity clause" created by the congress of the FEDERAL SERVICE CORPORATION, IT is/" was" a "U. S. CITIZEN and/or a "Citizen of the United States" [meaning a citizen of the "CORPORATION ENTITY THE UNITED STATES, INC.) The attached "MANDATORY NOTICE", "Foreign Sovereign Immunities Act" was repatriated to the "land & soil" jurisdiction of Washington state.

THE DOCUMENT STATES... "The vessels doing business as Sterling Jay: Shaw... ...and STERLING JAY SHAW..."   "...that these vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit;..."

**Four....**

The STATE OF WASHINGTON, and the PUGET SOUND TRANSIT, and the COUNTY OF KING, all have an obligation to 'HONOR THE CONTRACT" that is in place with "STERLING JAY SHAW" ..., acknowledged by the living man "Sterling Jay Shaw...

A CONTRACT is a CONTRACT... The STATE, nor the COUNTY, nor the PUGET SOUND TRANSIT can arbitrarily change the "conditions of the contract" without approval of the parties thereto.

Today, the STATE, the COUNTY and the PUGET SOUND TRANSIT is in violation of that Contract... should you continue to by "force of some Mandate" (which is NOT LAW), to accept some element, (vaccine) as a condition of employment or fulfillment of the "existing contract" by forcing our client to acquiesce and conform to some "mandate" which violates even the "Nuremberg Code of 1947".

We will counter with a "Commercial Tort Claim" (a non-judicial claim) $ 5,000,000.00 (5) million dollars, times 8, as damages; against the corporate entities, any Officers of the Corporation, including the personal assets of every Officer of each of the following corporations:

STATE OF WASHINGTON (D.U.N.S # 079248936)

KING COUNTY (D.U.N.S # 156914921)

Puget SOUND TRANSIT (D.U.N.S # 958427239)

**Five….**

The "CLEARFIELD DOCTRINE" clearly defines the status of corporate entities…

> *"As the use of private corporate commercial paper, debt currency or securities is concerned, removes the sovereignty status of the government of "We the People" and reduces it to an entity, rather than a government in the area of finance and commerce as a corporate or person…."*
>
> **"When the governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation - - U. S. V Burr, 309 U. S. 242**

In Article I, Section 10, Clause 1, of the Federal Constitution, it states:

> *SECTION 10. Clause 1. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or **Law impairing the Obligation of Contracts**, or grant any Title of Nobility. (Emphasis added).*

The "Law" in this case is a "Statute" or "Public Policy" of an Agency of the Federal Service Corporation… is imposing a restriction or mandate, thus impairing our clients right to contract. This "mandate" is an attempt to restrict or impair our client from the enjoyment of entering a "private contract" with a "corporate entity, a right granted by the Federal Constitution.

The Corporation has a "right to demand" compliance with "employees", providing the existing contract "states the restriction". No such exception exists…

If the Corporate entity "PUGET SOUND TRANSIT – (DUNS # 958427239) wishes to change or alter the contract, they may present a proposal to do so… At present NO PROPOSAL was put forth…

This is our proposal…

1) Honor the Contract as it stands… no alterations, no additional conditions… no penalties. Any conditional elements imposed by the Corporation or its Officers, our Clients will reserve the right to record a "Commercial Tort Claim" for damages.

2) Buy out the Contract, by paying our client $3,000,000.00, whereas our client will agree, not to file or record any additional claims against the corporations.

3) This offer expires November 12, 2021.


Respectfully


**Prairie Star National ©**

Grace S. Zeman – Agent - Trustee

By: _____

Without Prejudice – All Right Reserved

Living Testimony in the form of an Affidavit

Sterling Jay: Shaw ©, Private/Living, American state National

STERLING JAY SHAW ens legis – "Transmitting Utility/Instrument." – "Special Purpose Vehicle"

C/o Sterling Jay: Shaw PO Box 213 Woodinville, WA 98072

CONSTRUCTIVE NOTICE AND WARNING TO THE UNITED STATES (INC) ALL
DERIVATIVES OF. STATE OF WASHINGTON ALL DERIVATIVES OF. ALL D.B.A.
OFFICIALS, DUNS® #*07-924-8936 OWNERSHIP IS PRIVATE, UNITED STATES DUNS®
#*16-190-6193 OWNERSHIP IS PRIVATE, EMPLOYERS, AND PRIVATE BUSINESS
OWNERS.
NOTICE TO PRINCIPAL IS NOTICE TO ALL AGENT(S),  AND NOTICE TO AGENT IS
NOTICE TO ALL PRINCIPAL(S).
FACT:

To all Public Servants/Servicing agents, Federal and State Officials, County Officials, Employers,

property owners, and all Business Owners, and/or to whom it may concern, this legal informational

flyer is meant to provide you advance constructive and actual "legal notice" that I am under no legal

obligation to wear a mask or be Vaccinated for the Covid 19 Virus or PCR Tested in your place of

business which is a place of "Public Accommodation" under both Federal Laws [28 CFR § 36.202], and

Washington State Law as codified at [RCW 49.60.030] and [RCW 49.60.215]. It is undisputed that there is

no statute or law in existence that requires me to be vaccinated, tested, or masked that allows any

Employer or business in the State of Washington to grant or deny the continued employment or new

employment of any person based upon whether or NOT they have received a Covid 19 Vaccination or

PCR Test. I have a "vested" Constitutional Right to my continued employment under the

common/public law pursuant to [RCW 4.04.010]; [RCW 9A.04.060]; CrR 1.1;  1Sutherland Statutory

Construction (3d ed.), p 525, § 2043, and Privacy act 1974.

Washington State Governor Jay Inslee, and all Chief Medical Officer like Dr. Kathy Lofy only have
the power granted by statute. Hoppe v. King County, 95 Wn.2d 332, 337, 622 P.2d 845 (1980); 63 Am. Jur.
2d, Public Officers and Employees, section 263 (1972); Neither officer can make laws on their own motion
without violating "The Separation of Powers Doctrine." State v. Osloond, 60 Wash. App. 584, at 587, 805
P(2d) 263 (1991); Myers v. United States, 272 U.S. 52, 47 S.Ct. 21, 71 L.Ed. 160 (1926). Only the legislature
can make laws. "A flat prohibition against regulation of a matter in one direction does not give Congress
power to regulate the matter in another direction." Powe vs United States, 109 F.2d 140 (1940). Neither
officer can redelegate any authority or power to Employers to hire or fire any employee for refusal to be
vaccinated or masked in their workplace without violating "The Non-Delegation Doctrine." Noe v.
Edmonds Sch. Dist. 15, 83 Wn.2d 97, 515 P.2d 977 (1973); Ledgering v. State, 63 Wn.2d 94, 385 P.2d
522 (1963). What the Legislature is forbidden to do directly, certainly [the Governor and Chief Medical
Officer] cannot [illegally solicit or recruit Employers] to do indirectly." The City of Seattle v. Filson, 98 Wn.2d
66 (Nov. 1982).

Any State Official, Employer and Person who gives False Legal advice is subject to being charged

with and prosecuted for "unauthorized practice of law" pursuant to [ RCW 2.48.180 et seq], or

"practicing medicine without a license" in violation of [ RCW 18.130.190]. This notice is also to inform you that "forced vaccinations or forced masking" violates my Constitutional Rights under both Constitutions, State

and Federal, the laws of the State, the laws of the United States, and the 1964 Civil Rights Act, which are enforceable via Title 42, Section 1983.

> It is undisputed pursuant to CR 8(d), that the Social Security Act as codified in Federal law at Title 42, Chapter 7, Subchapter XIX, Section 1396 (f), cited hereafter as "**42 U.S.C. § 1396f**", which provides a "**religious exemption**" from all unwanted vaccinations and provides that no one is required by law to undergo any medical screening, examination, diagnosis, or treatment or to accept any other health care or services provided under such plan for any purpose if such person objects (**or, in case such person is a child, his parent or guardian objects**) thereto on religious grounds.

Washington law at [RCW 7.70.050]; [RCW 7.70.030]; [RCW 7.70.040], and W. PROSSER, LAW OF

TORTS 165 (4th ed. 1971), indicates that the any and all Chief Medical Officer of this State like Dr. Kathy Lofy, had a duty to disclose that [21 U.S.C. § 360bbb–3], requires that all Doctors and Employers are to provide the appropriate conditions designed to ensure that individuals to whom the Covid 19 Vaccine or PCR Test is administered are informed . . . "**of the option to accept or refuse administration of the product, of the consequences if any, of refusing administration of the product, and of the alternatives to the product that are available and of their benefit and risks**" as clearly stated in subsection (e)(1)(A)(ii)(III) of 21

U.S.C. § 360bbb–3, and as required by the "**Doctrine of Informed Consent**" whose main purpose is to protect the patient from being given "Unauthorized Treatments or PCR Tests" without the patient's knowledgeable permission. If any physician performs any treatments or tests on any patient without fully informing the patient of his or her "option to accept or refuse administration" of any "Emergency Use Authorization" of any PCR Test and/or any Covid 19 Vaccination under [ 21 U.S.C. § 360bbb–3 (e)(1)(A)(ii)(III)] and Nuremberg Code 1947, has committed an **assault and battery** against that patient for failure to obtain the patients knowledgeable permission. Holt v. Nelson, 11 Wn.App. 230 (1974); Miller v. Kennedy, 11 Wn.App. 272 (1974); Miller v. Kennedy, 85 Wn.2d 151 (1975); Gates v. Jenson, 92 Wn.2d 246 (1979); ZeBarth v. Swedish Hosp. Med. Center, 81 Wn.2d 12 (1972); Harris v. Groth, 99 Wn.2d 438 (1983); Smith

v. Shannon, 100 Wn.2d 26 (1983); Watkins v. Parpala, 2 Wn.App. 484 (1970); Canterbury v. Spence, 464 F.2d 772 (D.C.Cir.), cert. denied, 409 U.S. 1064 (1972), and I reserve my rights to lien amount 10 million US dollars, all vaccine mandating employers, Federal agents, State and County officials could be sued or lien!

Since the Federal Government and State and County Governments want the work force to retire early by forcing a trail vaccine mandate and make the corporate world ignore all hierarchy law that violate(s) at least ten Acts below.

1) Norris-LaGuardia Act (1932)
2) National Labor Relations Act (1935)
3) Fair Labor Standards Act (1938)
4)Taft-Hartley Act (1947)
5) Labor Management Reporting and Disclosure Act (1959)
6) Title VII of the Civil Rights Act (1964)
7) Age Discrimination in Employment Act (1967)
8) Occupational Safety and Health Act (1970)
9) Privacy Act 1974
10) HIPPA Act

Now workplace standard law(s) are taking place throughout the States, like HB 1076, Workers Protection Act that just passed in the House of Representatives, State of Washington that will allow workers to sue business.

Since the United States DUNS® #*16-190-6193 and the State of Washington DUNS® #*07-924-8936, wants STERLING JAY SHAW to retire early with transmitting utility/SSI #541923209.

I demand my full executive retirement with benefits and pay at $120,000.00 times 20 years of service equals $2,400,000 million us dollars one time payment and $150 a year retirement for 20 years of service equals $3,000 a month which can come out of my labor bond account inside the Federal and State budgets.

This contract is enforceable 30 days from the date received.

Land and soil jurisdiction of the state of Washington.

Sincerely by: Sterling Jay: Shaw Private/Living Man "Without Prejudice".

Signed by: _Sterling Jay: Shaw_____ Date: _5-16-2021_

## ACKNOWLEDGMENT

State of Washington            )

County of Snohomish            ) ss

I certify that I know or have satisfactory evidence that Sterling Jay: Shaw [Secured Party/Bailor] is the person who appeared before me, and said person acknowledged

that He signed this instrument and acknowledge it his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: _September 16, 2021_

Notary: _[signature]_

Name: _Thomas R Wilson_

Seal or Stamp

Title: Notary Public in and for the State of Washington.

My commission expires 03/30/2024

THOMAS R WILSON

**Notary Public**
**State of Washington**

20108368
Commission Expires 03/30/2024

Violation Warning
Denial of Rights Under Color of Law
Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

To whom it may concern,

I am providing the following COVID-19 vaccine exemption for pursuant to Revised Code of Washington (RCW) Section 49.60.030, *Freedom from discrimination – Declaration of civil rights*, which confirms my right to be free from discrimination "because of race, creed, color, national origin, citizenship or immigration status, sex, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental, or physical disability or the use of a trained dog guide or service animal by a person with a disability is recognized as and declared to be a civil right." RCW Section 49.60.030(1)(a) confirms my "right to obtain and hold employment without discrimination." My creed prohibits me from injecting any mRNA vaccine into my body. Furthermore, my creed keeps me from injecting any other form of medication, vaccination, or substance into my body without my written consent for an indefinite amount of time.

To this I attest that I will not violate my creed by consenting to the receipt of the COVID-19 vaccine; nonetheless, I will do everything within my ability that does not violate my personal creed or my rights to help fight this pandemic in my scope of employment as a(n) _field manager_ at _Puget sound Transit_

Respectfully,

BY: _Sterling Jay Shaw_

_Sterling Jay Shaw_
(name)

_9-22-2021_
(date)

*NOTE TO EMPLOYER:* As your employee, I am requesting that you review this document, provide the requisite information, and sign the form, in regards to your requirement that employees get a Covid-19 emergency use authorization (EUA) investigational vaccine.

**1)** If I agree to receive an EUA Covid-19 injection, does my employee **health insurance plan** provide complete coverage should I experience an adverse event, or even death?

_____

_____

_____

**2)** As an employee, does my **life insurance policy** provide any coverage in the event that I die from receiving an EUA Covid-19 injection?

_____

_____

_____

**3)** As an employee, will you be providing **Workers' Compensation, disability insurance, or other resources** if I have an adverse event to an EUA Covid-19 injection and am unable to come to work for days, weeks, or months, or if I am disabled for life?

_____

_____

_____

**4) The Food and Drug Administration (FDA) requires that EUA vaccine recipients be provided with certain vaccine-specific information to help them make an informed decision about vaccination.**[8] The EUA fact sheets that must be provided are specific to each authorized Covid-19 injection and are developed by the manufacturers of the injections (Pfizer/BioNTech, Moderna, Oxford/AstraZeneca, and the Johnson & Johnson subsidiary Janssen). The fact sheets must provide the most current and up-to-date information on the injections, and vaccine recipients must also receive information about adverse events. Have you read, understood, and provided me (and all other employees) with these fact sheets and with current information on adverse events so that I/we can make an educated decision?

**5) Have you reviewed the available databases of material adverse events reported to date for people who have received Covid-19 injections?**[9,10,11,12] Potential and reported adverse events include death, anaphylaxis, neurological disorders, autoimmune disorders, other long-term chronic diseases, blindness and deafness, infertility, fetal damage, miscarriage, and stillbirth.

**6)** The FDA's guidance[13] on emergency use authorization of medical products requires the FDA to "ensure that recipients are informed to the extent practicable given the applicable circumstances... **[t]hat they have the option to accept or refuse the EUA product**...." Are you aware of this statement? Have you informed all employees that they have the option to refuse?

**7)** With respect to the emergency use of an unapproved product, the Federal Food, Drug and Cosmetic Act, Title 21 U.S.C. 360bbb-3(e)(1)(A)(ii)(I-III)[14] reiterates that individuals be informed of "**the option to accept or refuse administration of the product**, [and] of the consequences, if any, of refusing administration of the product, and of the alternatives to the product that are available and of their benefits and risks." If EUA Covid-19 investigational vaccines are ever approved by the FDA, state legislation would be required to allow companies to mandate the Covid-19 injections. Are you aware of these facts?

**8)** EUA products are unapproved, unlicensed, and experimental. Under the Nuremberg Code—the foundation of ethical medicine—no one may be coerced to participate in a medical experiment. The individual's consent is absolutely essential. No court has ever upheld a mandate for an EUA vaccine. **In *Doe #1 v. Rumsfeld, 297 F. Supp. 2d 119 (2003)*[15], a federal court held that the U.S. military could not mandate EUA vaccines for soldiers: "...[T]he United States cannot demand that members of the armed forces also serve as guinea pigs for experimental drugs"** (*Id.* at 135). Are you aware of this?

**9)** The United States Code of Federal Regulations[16] and the FDA require the informed consent of human subjects for medical research. The EUA Covid-19 injections are unapproved, unlicensed, investigational vaccines that are still in their experimental stage. It is unlawful to conduct medical research on a human being, even in the event of an emergency, unless steps are taken to secure the **informed consent** of all participants. Are you aware of this?

_____

**10)** According to Federal Trade Commission (FTC) Guidelines[17] and the FTC's "Truth In Advertising,"[18] promotional material—and especially material involving health-related products—cannot mislead consumers, omit important information, or express claims. All of this falls under the rubric of "deceptive advertising" (whereby a company is providing or **endorsing a product**), whether presented in the form of an ad, on a website, through email, on a poster, or in the mail. For example, statements such as "all employees are required to get the Covid-19 vaccine to make the workspace safe" or "it's safe and effective" leave out critical information. Critical information includes the facts that Covid-19 injections are unapproved EUA vaccines that "may" or "may not" prevent Covid, won't necessarily make the workspace safer, and could in fact cause harm. Not providing links or attachments of the manufacturers' fact sheets and current information on adverse events is omitting safety information. Are you aware of this?

_____

**11)** Since the Covid lockdowns began over one year ago, there have been over 178 reported breaches of unsecured protected health information (PHI), incidents investigated by the Office for Civil Rights (OCR). These breaches exposed millions of people's personal health information. Although many of these incidents were attributed to hacking, some of the breaches to PHI fell directly under the 1996 Health Insurance Portability and Accountability Act (HIPAA), such as sharing a patient's or person's information with an unauthorized individual or incorrectly handling PHI.[19] **Can you please explain your obligations to me, under HIPAA law, and how you are going to protect my personal information - both with respect to your requirement that I receive this injection?**

_____

_____

_____

_____

**12)** Whereas pharmaceutical companies that manufacture EUA vaccines have been protected from liability related to injuries or deaths caused by experimental agents since the PREP Act[1] was enacted in 2005, **companies and all other institutions or individuals who mandate experimental vaccines on any human being are not protected from liability**. Are you aware that you do not enjoy such liability protection?

_____

**13)** Are you aware that employees could file a **civil suit** against you should they suffer an adverse event, death, or termination from their place of employment?

_____

_____

As the legally authorized officer of the employer/company, I have read all of the above information, have provided my employees with all of the information that the FDA requires be provided to recipients of the Covid-19 injections, and do hereby agree to assume 100% financial responsibility for covering any and all expenses from adverse events, including death, through insurance coverage or directly. In addition, I affirm that the employee will not be subjected to the loss of their job should they decline to receive a Covid-19 injection.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Authorized officer of company requiring injection | Company | Date |
| _____ | _____ | _____ |
| Employee | Company | Date |
| _____ | _____ | _____ |
| Witness | Company | Date |

**Endnotes:**

1. Congressional Research Service. The PREP Act and COVID-19: Limiting Liability for Medical Countermeasures. Updated Mar. 19, 2021. https://crsreports.congress.gov/product/pdf/LSB/LSB10443.
2. Del Bigtree interviews 3 medical professionals incapacitated by Covid injections. *The Highwire*, Apr. 29, 2021. https://www.bitchute.com/video/A4d8FB2clBTc/.
3. America's Frontline Doctors. Vaccines & the law. https://www.americasfrontlinedoctors.org/legal/vaccines-the-law.
4. Layton, Catharine. Forced to get the COVID vaccine? ICAN may be able to help. *The Defender*, Jan. 29, 2021. https://childrenshealthdefense.org/defender/forced-to-get-covid-vaccine-ican-may-be-able-to-help/.
5. https://uscfc.uscourts.gov/sites/default/files/Vaccine%20Attorneys.pdf.
6. The Solari Report. Family Financial Disclosure Form for Covid-19 injections. Mar. 1, 2021. https://pandemic.solari.com/family-financial-disclosure-form-for-covid-19-injections/.
7. The Solari Report. Form for Students Attending Colleges or Universities Requiring Covid-19 Injections. May 3, 2021. https://pandemic.solari.com/form-for-students-attending-colleges-or-universities-requiring-covid-19-injections/
8. Centers for Disease Control and Prevention. COVID-19 Vaccine Emergency Use Authorization (EUA) Fact Sheets for Recipients and Caregivers. https://www.cdc.gov/vaccines/covid-19/eua/index.html.

9.  UK Medical Freedom Alliance. COVID-19 Vaccine Info. https://www.ukmedfreedom.org/resources/covid-19-vaccine-info.
10. Vaccine Adverse Event Reporting System. https://vaers.hhs.gov.
11. CDC WONDER. About the Vaccine Adverse Event Reporting System (VAERS). https://wonder.cdc.gov/vaers.html.
12. National Vaccine Information Center. Search the U.S. Government's VAERS Data. https://www.medalerts.org/.
13. U.S. Department of Health and Human Services. Emergency Use Authorization of Medical Products and Related Authorities: Guidance for Industry and Other Stakeholders. January 2017. https://www.fda.gov/media/97321/download.
14. 21 U.S. Code § 360bbb-3 - Authorization for medical products for use in emergencies. https://www.law.cornell.edu/uscode/text/21/360bbb-3.
15. Doe #1 v. Rumsfeld, 297 F. Supp. 2d 119 (2003). https://www.courtlistener.com/opinion/2326816/doe-v-rumsfeld/.
16. https://www.govregs.com/regulations/expand/title21_chapterI_part50_subpartB_section50.24#regulation_2.
17. Federal Trade Commission. Advertising FAQ's: A Guide for Small Business. https://www.ftc.gov/tips-advice/business-center/guidance/advertising-faqs-guide-small-business.
18. Federal Trade Commission. Truth in Advertising. https://www.ftc.gov/news-events/media-resources/truth-advertising.
19. U.S. Department of Health and Human Services. Office for Civil Rights. Breach Portal: Notice to the Secretary of HHS Breach of Unsecured Protected Health Information. https://ocrportal.hhs.gov/ocr/breach/breach_report.jsf;jsessionid=618E88DD94EE65D46D5785CB2A643553.

Living Testimony in the form of an Affidavit and Denial of rights Under Color of Law

18 U.S.C. § 242; 18 U.S.C. § 245; 42 U.S.C. § 1983

Sterling Jay: Shaw ©, Private/Living, American state National

STERLING JAY SHAW ens legis – "Transmitting Utility/Instrument." – "Special Purpose Vehicle"

C/o Sterling Jay: Shaw PO Box 213 Woodinville, WA 98072.

## Legal Notice of Criminal complaint 18 USC & Violation of Treaty Rights…

Federal law provides that it is a crime to violate the Rights of an American citizen National under Treaty Laws, and under the color-of-law. You can be arrested for this crime, and you can also be held personally liable for damages.
Attempting to cause duress to a person to do something by saying that person that such action is required by law, when it is not required by law, is a felony.
As well it breaches the contract of "Separation of Powers Doctrine" State v. Osloond, 60 Wash. App. 584, at 587, 805 P (2 d) 263 (1991); Myers v. United States, 272 U.S. 52, 47 S. Ct. 21, 71 L.Ed. 160 (1926). Only Legislature can make laws.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any Treaty State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the "Constitution" or laws of the United States… shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States, shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any Treaty State or Territory or the District of Columbia, subjects, or causes to be subjected, any American citizen National, of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the "Constitution" and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.
Warning, you have breached your "Contract" in accordance with Treaty Laws, Hierarchy Laws, Federal Laws and persisting with your demand may lead to your arrest and/or damages!
Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

Breach of Contract with the Treaty of Paris, September 3, 1783, The Treaty of Ghent (8 Stat. 218), The Treaty of Oregon 1846, Treaty of Guadalupe Hidalgo February 2, 1848.

Breach of Contract with the Civil Rights Act of 1964, breach of Good Faith and Fair dealings, breach of Retaliation Act, Violation of Public Policy, Illegal Acts and Just cause rights of contract violations, and Violations of "Constitutional Rights and laws" in accordance with Treaty laws.

Sincerely: Sterling Jay: Shaw, Private Living Man

Autographed by: *Sterling Jay: Shaw*  ucc1-308     Date: 9-22-21

HR. DEPT Team,

I Sterling Jay Shaw is claiming a religious exemption in accordance with "RCW 49.60 which protects employees in the state of Washington from discrimination based on a protected class (disability, race, creed, gender ECT)" and title VII of the Civil Rights Act of 1964 states an employee can request a reasonable accommodation.

I have enjoyed working and building out the first vertical transportation division in the history of Sound transit, I have every intention of continuing to do so.

I have studied this vaccine, pandemic and watched the CDC, VAERS data throughout this pandemic and the senator oversight committee's opinions on the vaccine that has harmed over 778,000 with adverse reactions, including over 220K severe reactions and deaths. In October the Washington State Department of Health acknowledged many adverse reactions and deaths.

This is how I came up with my decision not to subject my Temple and body to a Covid-19 emergency use authorization (EUA) investigational vaccine, which does not meet the Nuremberg code criteria of 1947 for a vaccine.

But it appears from an email from Julie Honeywell you are not excepting my "Creed" in accordance to RCW 49.60 and Civil Rights Act of 1964.

Should you decide to wrongfully terminate my employment for 'non-compliance' with the vaccine mandate, I am requesting that you follow Sound Transits procedures to terminate a Manager inside sound transit, as I want my written and signed notice or termination from the upper directors, CEO and board of directors as I am not voluntarily resigning.


Sincerely: Sterling Jay Shaw,
Facilities Vertical Conveyance Program Manager, Operations
Sound Transit


Date: 10/25/21

Autographed by: _Sterling Jay Shaw_
                     UCC 1-308

[Sterling Jay Shaw]                                        cc: HR. DEPT
[Puget Sound Transit]
[401 S. Jackson ST. Seattle, WA 98104]

[10/21/21]

Attachment:
 (1)  CONSTRUCTIVE NOTICE AND WARNING TO ALL WASHINGTON STATE EMPLOYERS and
 (2)  CLAIM OF RELIGIOUS EXEMPTION

To Puget Sound Transit HR DEPT,

I am writing this letter to you out of a deep concern regarding mandatory vaccination and to affirm my rights and your obligations under the law. Please note that your receipt of this Certified Mail letter acts as notification to the entire organization again, as you received my first notification on 10/1/2021. Please pass it on to all individuals that should also be notified.

As my employer, with the assumed duty to enforce a workplace vaccine mandate, it is important you are aware that neither POTUS, nor the Governor, nor any of the State Executive Cabinet agencies can delegate authority to you that they do not have themselves. Lacking statutory authority, these entities cannot dictate to you who to hire or terminate, nor specific conditions of anyone's employment. Thus, the actual policies relating to a workplace 'vaccine' mandate are implemented entirely at your discretion and you bear full responsibility for ensuring that the policies adhere to established non-discrimination laws. Please refer to the Constructive (Legal) Notice, sent on 10/1/2021, and re-attached, for a clarification of pertinent laws. As you have not responded to my Living testimony in the form of an affidavit.

I am claiming a religious exemption to the COVID-19 vaccines. Just as I would never take my own life nor in other ways intentionally harm myself or others, because that would be an affront to my Creator, I cannot accept any of the COVID-19 vaccine products since they are proving to be hazardous to life. On October 5th, 2021, the Washington State Department of Health acknowledged the death of a young woman, Jessica Berg, a mother of two, attributable to one of the COVID-19 vaccines. A look at the CDC-maintained VAERS database reveals that this is not an isolated instance and that a large number of side effects from all makes of the COVID-19 vaccine have been reported. VAERS data through October 1, 2021, shows that there have been over 778,000 adverse reactions, including over 220K severe reactions such as life-threatening events, hospitalizations, emergency room visits, permanent disabilities, and deaths. Clearly these vaccines are far from risk-free! Check for yourself at www.vaers.hhs.gov or for a summary analysis go to https://vaersanalysis.info/. In addition, I know several people first-hand who have experienced negative side effects from COVID-19 vaccines, and I will not subject myself to this.

It is inconceivable to me that you would continue to mandate the COVID-19 vaccines in light of these serious safety concerns mentioned above. As my employer, if you are threatening me with termination, loss of income, or any other punishment in response to my exemption, you are violating Informed Consent and practicing coercion through Duress. If you are stating that you cannot accommodate my exemption due to "excessive risk" or "undue hardship," lacking proof of a concrete cost/benefit analysis or any measurable criteria for assessing actual risk, this appears as nothing more than another form of retaliation and discrimination. As per Washington Laws against discrimination *"RCW 49.60 protects employees in the state of Washington from discrimination based on a protected class (disability, race, creed, gender, etc.)."* Title VII of the Civil Rights Act of 1964 states that an employee can request a reasonable accommodation, which includes exemption from a vaccine mandate, based on a sincerely held religious belief.  Therefore, I look forward to a dialog with you regarding a reasonable accommodation.

I have enjoyed working for you and have every intention of continuing to do so. Should you decide to wrongfully terminate my employment for 'non-compliance' with the vaccine mandate, I am requesting a written and signed notice of termination as I am not voluntarily resigning.


Sincerely, Sterling Jay Shaw

Autographed by: *Sterling Jay Shaw* _____   Date:10/21/2021

Form **COL**

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Sterling Jay: Shaw Private/Living Man | Puget Sound Transit HR Dept |
| C/o P.O. Box 213 Woodinville, WA 98072 | 401 S. Jackson ST Seattle, WA |

Citizen's statement:

Violation of Constitutional Rights of 1787, Violation of Washingtonian state Constitution 1878 Article 1 section 1 - 10, threating life, liberty and pursuit of happiness.

Violation RCW 49.60, 49.60.030, 49.60.215, 4.04.010, 9A.04.060, 9A 62.1.308, 2.48.180, 1964 Civil Rights Act, Privacy Act 1974, Nuremberg Code 1947, HB 1076, ECT.

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ *Sterling Jay: Shaw*                    Date ▶ *9-29-2021*

**Legal Notice and Warning**

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

*certified mail # 7020 3160 0001 1778 1682*

Notice of Service:

I, *Sterling Jay: Shaw* certify that I personally delivered this notice to above named recipient
and address on *9-29-2021* at *Bothell, WA 9[...]*

Public Domain—Privacy Form COL(01)

Form **COL**

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient  Governor Jay Inslee d.b.a of |
|---|---|
| Sterling Jay: Shaw Private/Living Man American state Citizen | STATE OF WASHINGTON corperation DUNS #*07-924-8936, PRIVATELY OWNED, any and all elected officals, Supreme court members, agents & principals, that work for the WASHINGTON STATE CORPERATION. |
| PO Box 213 Woodinville, WA 98072 | PO Box 40002 Olympia, WA 98504 |

Citizen's statement:Living testimony in the form of an affidavit, breach of contract by a public servant or Public offical, mandating an expermental vaccine that does not follow nurenburg code criteria of 1947. Mandating mask requirments that harm the human body, violation of privacy act 1974, violation of Bill of Rights, Deceptive practices,Communist practices, Violation of Constitutional Rights of 1787, Violation of Washingtonian state Constitution 1878 Article 1 section 1 - 10, threating life, liberty and pursuit of happiness, Violation of Acticle 42, USC 1581, 1982, 1983, 1986, 1996 & pursuant to 18 USC 4, I have never consented to a contract with the corperation of WASHINGTON STATE.
I RESERVE MY RIGHT TO LIEN, 10 million dollars, RCW 62A 1-308, UCC 1-308,The only thing that can stop evil is good men/women have to do something. Notification to agent is notification to Principal.

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶                                     | Date ▶ 9-29-2021

### Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.
                    Certified mail # 7020 3160 0001 7981 6852

**Notice of Service:**
I, _Sterling Jay: Shaw_ certify that I personally delivered this notice to above named recipient
and address on _9-29-2021_ at _Botle #, Washington_

Public Domain—Privacy Form COL(01)

# WASHINGTON STATE LEGISLATIVE ETHICS BOARD

## ETHICS COMPLAINT FORM

When you have completed this form, mail it to:

**Legislative Ethics Board**
Attention: Jennifer Strus
PO Box 40482
Olympia, WA 98504-0482

Mark your envelope "confidential."

1. Identify the person alleged to have violated the state ethics law (Chapter 42.52 RCW) and provide the following information, if known:

Name: DBA-JAY INSLEE

Position/title: Governing commissioner of State of Washington Duns # 079248936

2. Explain why you believe that the individual named above may have violated the state ethics law. Be as specific as possible as to dates, times, places, and acts. Attach additional sheets of paper if this space is not sufficient.  STATE of Emergency February 29, 2020,

Breach of oath of office, Breach of Contract, with Treaty Rights,
18 U.S.C. Denial of Rights under color of Law, violation of
peace Treaty of Paris, Sept. 3, 1783, The Treaty of Oregon 1846,
Violation of washtonian state constitution 1878 Article 1-
Sections 1-10, Threating life, liberty and pursuit of happiness,
Violation of the Smith Act 1940, Violation of 18 U.S.C. § 2385,
Violation of Nuremburg code 1947, Violation civil Rights Act 1964,
Violation of Privacy Act 1974, Violation of Labor Laws, Violation of
"The Seperation of Powers Doctrine", Violation of 28 CFR § 36.202
RCW 49.60.030, RCW 49.60.215, RCW 2.48.180, RCW
18.130.190, Title 42 Section 1983 and 42 U.S.C § 1396§.
SEE Attachments.

TO  MEMBERS  OF  PARLIAMENT

AND  OTHERS.

# Forty-five years of Registration Statistics, proving Vaccination to be both useless and dangerous.

In Two Parts.

BY

ALFRED R. WALLACE, LL.D.

SECOND EDITION.

*WITH CORRECTIONS, NOTES, AND AN APPENDIX.*

BY ALEXANDER WHEELER.

London:

E. W. ALLEN, 4 AVE MARIA LANE.

1889.

Exbit

REESE
COLLECTION
1869



LONDON SCHOOL OF HYGIENE
LIBRARY
29 DEC 1951
AND TROPICAL MEDICINE

# VACCINATION

## Proved Useless & Dangerous

### FROM FORTY-FIVE YEARS OF REGISTRATION STATISTICS.

ALFRED R. WALLACE, LL. D.