UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STERLING JAY SHAW, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAY INSLEE, et al, ) <br> Defendants. ) <br> ) <br> ) | Case No. 21-cv-01626-JCC <br><br> NOTICE OF APPEARANCE OF SOUND TRANSIT <br><br> [CLERK'S ACTION REQUIRED] |

TO:   The Clerk of Court; and

TO:   STERLING JAY SHAW, Plaintiff

PLEASE TAKE NOTICE that Defendant CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY (dba SOUND TRANSIT) hereby appears, without waiving any of its affirmative defenses as to sufficiency of process, sufficiency of service of process, jurisdiction, venue, right to arbitration, failure to state a claim, failure to join a party, or any other affirmative defense in this matter, and hereby request that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said defendant at the offices below.

Dated this 19th day January 2022 in Seattle, WA.

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY


By: *s/James E. Niemer*
James E. Niemer, WSBA No. 14477
Senior Legal Counsel
Central Puget Sound Regional Transit Authority
401 S Jackson Street
Seattle, WA 98104-2826
Telephone: (206) 398-5000
Email: james.niemer@soundtransit.org

NOTICE OF APPEARANCE - 1

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and United States, that on the 19th day of January 2022, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Plaintiff, Sterling Jay Shaw

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Sterling Jay Shaw
P.O. Box 213
Woodinville, WA 98072

Executed on the 19th day of January 2022, at Seattle, Washington.

*s/Ernestine L. Jobity*
Ernestine L. Jobity

NOTICE OF APPEARANCE - 2