FILED
LODGED
RECEIVED

**MAIL**

MAR 1 4 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STERLING JAY SHAW,

                          Plaintiff(s),

          v.

JAY INSLEE et al.,

                       Defendant(s).

CASE NO.
2:21–cv–01626–JCC

ORDER REGARDING DISCOVERY
AND DEPOSITIONS

IT IS ORDERED that:

(1) **DISCOVERY.**  All discovery matters are to be resolved by agreement if possible. If a ruling is needed as to any discovery questions, and counsel wish to avoid the time and expenses of a written motion, they may obtain an expedited ruling through a telephone conference call to the court at (206) 370–8800. The parties are notified that, per Chambers practice, a law clerk will typically field the call and relate the issues to Judge Coughenour for his consideration.

(2) **DEPOSITIONS.**  Depositions will be conducted in compliance with the following rules:

    (a) **Examination.**  If there are multiple parties, each side should ordinarily designate one attorney to conduct the main examination of the deponent, and any questioning by other counsel on that side should be limited to matters not previously covered.

    (b) **Objections.**  The only objections that should be raised at the deposition



3965 Bethel Road SE
PMB #1-244
Port Orchard, Washington
Postal Code 98366

psn@prairiestar.net

**LAWFUL ADVOCATE
ARBITRATION**

March 7, 2022

To Whom it may concern:

This notice will acknowledge that Prairie Star National has been retained by Sterling Jay: Shaw, the living being, on behalf of the juristic entity STERLING JAY SHAW, Transmitting Utility, case number 2:21-cv-01626-JCC.

According to the documents of this case, it appears that Arbitration may be the proper avenue for solution in this case, as described in the ORDER REGARDING DISCOVERY AND DEPOSITIONS.

Attached is the "Writ of Habeas Corpus, evoking the rights of the living man, as "He & He alone" is the exclusive "Donor & Beneficiary" to the juristic entity STERLING JAY SHAW.

Attached is a copy of a "Durable Power of Attorney" designating Prairie Star National as Agent and Administrator of the ESTATE STERLING JAY SHAW.

Respectfully,

**Prairie Star National Trust**


By: *Keith A Goulet – Agent, Trustee – Administrator*

Without Prejudice – All rights reserved

# DURABLE-POWER-OF-ATTORNEY

### Granted by:
### Sterling Jay: Shaw – the flesh & blood living man

```````````````````````````````````````````````````````````````````````

The flesh & blood, living man, an American state National-Citizen, a naturalized citizen of the state of Oregon, whose **jurisdiction is the land & soil** of the state of Washington, does by his own free will, by Contract with Prairie Star National Trust, make the following Declaration.

As the "Donor & Beneficiary" of the ESTATE of "STERLING JAY SHAW, I have appointed **Prairie Star National Trust** as Trustee of the Estate and certify that I have executed a "Contract" and a "UCC-1 Financial Statement & Security Agreement" which have been recorded, where the Beneficiary has been designated, and is held in a private document.

That I, the flesh & blood living soul, by Contract, have appointed **Prairie Star National Trust** as the exclusive Trustee, whereas NO STATE OFFICERS, OFFICIALS, ATTORNEY'S, JUDGES OR ANY OTHER MUNICIPAL EMPLOYEE OR OFFICE HOLDER may act as Administrator, Trustee or Beneficiary for the STERLING J. SHAW Estate.

**By Private Contract, and as the "Donor & Exclusive Beneficiary" of the Estate; and the holder-in-due-course of all the assets of the Estate,** have appointed as my Agent:

**My Agent:** By Contract, I choose **Prairie Star National Trust** as my Agent with full authority to manage all my "business & financial" affairs.

**Trustee:** I also appoint **Prairie Star National Trust** as **Agent & Trustee**, of the STERLING J. SHAW, Account #541923209, with full authority to manage all the financial and business affairs of the Trust.

The effective date of this Power of Attorney is March 2, 2021. This Power of Attorney shall remain in effect until canceled or rescinded by the Administrators of my Estate.

Acknowledged this *16* day of March 2021.

By: *Sterling Jay: Shaw*                    ©
Sterling Jay: Shaw, the living man
Without Prejudice – All Rights Reserved

State        ) Washington
County )         Snohomish

I, *Jeonghee Kim* a Notary Public was visited today by the wo/man known to me to be *Sterling Jay: S*
and/she did affirm and sign this Durable Power of Attorney in my presence.

By: *Jeonghee Kim*         Notary Public; My commission expires        *06/11/2022*.

IN THE UNITED STATES COURT OF WESTREN DISTRICT

| | |
|---|---|
| STERLING JAY SHAW,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES INC DUNS #161906193<br><br>PUGET SOUND TRANSIT,<br><br>STATE OF WASHINGTON, DUNS #079248936<br><br>          Defendant | Case No.: 2:21-cv-01626-JCC<br><br>**WRIT OF HABEAS CORPUS,<br>18 USC § 241** |

## INTRODUCTION

Declaration of facts in the form of an Affidavit
*Sui Generis* - *(of its own kind)*
*A sworn statement by*
**Sterling Jay: Shaw** *- American National*
*Citizen of the nation - state of Oregon - presents this statement,*
*information, notice of*
*documentation, and certification as to my status and jurisdiction - a*
*statement in writing, entered as prima facia evidence: evidence to establish*
*a fact or facts, or raise a presumption of fact unless refuted & rebutted on*
*the record, by providing documented evidence to the contrary, whereas this*
*factual evidence is provided under by my own free will, without coercion, and*
*without promise of any sort of payment or renumeration of any kind, and that*
*the statements made herein are truth, and are known to be factual to the best*
*of my knowledge and understanding.*

**Testimony in the form of an Affidavit of Truth.**

### MANDATORY JUDICIAL NOTICE

*COMES NOW, by Special Appearance, Sterling Jay: Shaw, the living, breathing,*

*naturalized American National-Citizen of the nation state of Oregonian,*

*defendant-in-error, sui juris, non-licensed attorney litigant, the*

*undersigned, with and claiming all of his inherent, unlimited, unalienable*

*Constitutionally secured rights, with his name properly spelled only in upper*

*and lower case letters, and without accepting the jurisdiction of this Court,*

*which he has duly challenged, now gives notice to this Honorable Court.*

WRIT OF HABEAS CORPUS, 18 USC § 241

1   *Who states that the following information is of his own personal knowledge:*
2   *Sterling Jay: Shaw, the living being, has restored his status to American*
3   *National, citizen-national of the national state of Oregonian, and is no*
4   *longer a U.S. Citizen nor a Citizen of the United States, nor is he a*
5   *Federally owned citizen, nor a taxpayer, surety, or co-signer, nor Voluntary*
6   *Transactor in Commerce, for the MUNICACIPAL Citizen known as STERLING JAY*
7   *SHAW created by the STATE OF OREGON on July 8, 1962.*
8   *After learning of this misrepresentation of my identity, in relationship to*
9   *the UNITED STAES INC, a corporation, I now present this:*

10      1. The parties to this Petition:

11      **A. Prairie Star National Trust –** A Pure Contract Trust, whose jurisdiction is the Air,
12         A Law Advocate – Administrator for the "Transmitting Utility" STERLING JAY SHAW,
13         account number 541923209, whose jurisdiction is the nation state of Oregonian, as
14         declared by Mandatory Notice recorded in Snohomish County Washington and
15         Marion County, Oregonian.
16         3965 Bethel Avenue PMB# 1-244, Port Orchard, Washington [98366]

17      **B.** Sterling Jay: Shaw – Private, A non-resident of Washington State – WASHINGTON
18         STATE, STATE OF WASHINGTON, A native-born Citizen/National of the nation state
19         of Oregonian, **whose jurisdiction is the land & soil of the nation state of**
20         **Oregon**, whose domicile is defined as his permanent dwelling place, located in the
21         nation state of Oregonian.

22      **C.** Sterling Jay: Shaw – a juristic Person, a "Transmitting Utility" created by the
23         MUNICIPAL STATE OF OREGON on July 8, 1962, without the consent of parents
24         William Perry: Shaw and Vickie Ann: Bogden (Shaw); reclaimed by UCC – 1
25         Financial Statement and Security Agreement recorded in the public in Albany, New
26         York and Denver, Colorado.
27         a. whereas Sterling Jay: Shaw the living man, is the exclusive "Donor & Beneficiary"
28         of the ESTATE.

WRIT OF HABEAS CORPUS, 18 USC § 241

b. Whereas Sterling Jay: Shaw, the living man, IS NOT the "Surety", "Joinder" or "Co-Signer" for the ESTATE, nor the juristic person known as STERLING JAY SHAW.

c. Whereas all names regardless of style or spelling, are copyright names under ownership of the living man, Sterling Jay: Shaw, who has designated Prairie Star National Trust, "Exclusive Trustee" of the ESTATE.

D. **STATE OF WASHINGTON – COUNTY OF KING – MUNICIPAL CORPORATE ENTITIES, whose foundation or origin has been verified a "A MUNICIPAL CORPERATION A DERIVATIVE OR FRANCHISE of the Bankrupt UNITED STATES INC., which was entered into bankruptcy on September 24, 2015, a chapter 7 Liquidation, where no "reorganization" was possible, whereas this bankruptcy ended on November 5, 2020. USCORP, another "MUNICIPAL CORPERATION" created as a "successor" to the bankrupt UNITED STATES INC., dba United States OF AMERICA", does not have a "successor contract" as verified by Anna Maria Riezinger, fiduciary, The United States of America.**

E. **THE UNITED STATES DISTRICT COURT WESTREN DISTRICT OF WASHINGTON,**

Acting as "Agent – Administrator – Judge" has misidentified Sterling Jay: Shaw, the living man, a private American Citizen – National; in the case referenced above.

STERLING JAY SHAW, a juristic Person, a Transmitting Utility, whereas the court failed to inform the living man that it was NOT HE, who was unlawfully Terminated from his workplace, in this case, but it was in fact STERLING JAY SHAW, the Transmitting Utility/Trust who was Terminated from his workplace.

## PETITION FOR WRIT OF HABEAS CORPUS

In Accordance with gods Law, Natural Law, Constitutional Law, Common Law, Public/Policy Law, and Kinds Laws.

1. I, Sterling Jay: Shaw, being of age and sound mind, declare and let it be known the I, the undersigned, state and established that I am an "American National (citizen), whose jurisdiction is in the "Land & Soil", of the nation state of Oregonian, and that I have

WRIT OF HABEAS CORPUS, 18 USC § 241

presented to the court copies of those declarations attached to the "Mandatory Judicial Notice" filed with the court.

As I have stated, I come before the Court by Special Appearance. I fully respect the Court, and in no way is this declarations/petition to be taken as any disrespect for the court or its proceedings.

**I am claiming the Writ of Habeas Corpus, to institute and maintain actions of any kind in the court, while maintain true domicile on the land of these United States, to take, hold and dispose of property, either real, intangible, or personal held in the name of the Foreign Grantor Trust doing Business as STERLING JAY SHAW OR STERLING J. SHAW, as well as any business entities held in any deviation of the FEDERAL NAME.**

I seek **redress of grievances** from the corporate Entity, known as the COUNTY OF KING the STATE OF WASHINGTON both Agencies and Franchises of the bankrupt corporation known as UNITED STATES INC., which evidenced by Exhibit A, has been Liquidated November 5, 2020.

**Redress of grievances** – **(means "resolution" grievances mean "complaints".)** Under The united States Constitution, the first Amendment of the Bill of Rights addresses **five rights...** The limits on government interference with "1 – religion, 2 – speech and the 3 – press", in addition to the right to 4 – peaceable assembly ... **The fifth right is "the right to petition the government for redress of grievances.**

Petitioning for redress is by its nature, a compliant against the government. The tradition of petitioning the legislature grew in the American colonies. Under the American Constitution, with government functions divided among three co-equal branches of government, legislative supremacy did not exist, Thus, the First Amendments Right to Petition the government for Redress of Grievances grew from history but was inherently different. The Petition Clause does not say Congress, the President, or the Judiciary. The Clause includes all branches of government.

WRIT OF HABEAS CORPUS, 18 USC § 241

With the Petition Clause comes a right to petition the judicial branch for redress of grievances against the government. The Petition Clause created a constitutional right. Since less than 1% of Americans even know the Clause exists, it is not surprising that the right has been ignored by the government and largely trumped by the judicial adopted concept of "sovereign immunity".

The idea of Sovereign Immunity is that a government cannot be sued in its own courts absent its consent. The petition Clause is at odds with that idea. The Petition Clauses gives a citizen a right to sue the government for redress of grievances, but Sovereign Immunity says the government has to consent to such a suit. The idea of such immunity is inconsistent with both a republic and the Constitution itself.

The Petition Clause is part of the First Amendment. Sovereign Immunity is found nowhere in the Constitution. The people through the Tenth Amendment reserve all power not delegated to the federal government. There should be no subject matter of a Petition for Redress that is dismissed by a court based upon Sovereign Immunity, nor kept from a decision by a grand jury.

I have filed with the court, documents which verify and certify my status as an American national, and that I am not any kind of U.S. Citizen or Citizen of the United States (corporation). I am a native-Born Oregonian, whose jurisdiction is the "Land & Soil" of the nation state of Oregon.

I have provided notice to the Court via my "Testimony in the form of an Affidavit of truth", that: "I am claimed the writ of Habeas Corpus", to institute and maintain actions of any kind in the Court, while maintaining true domicile on the land of these United States, to take, hold and dispose of property, either real, intangible, or personal held in the name of the Foreign Grantor Trust doing business as STERLING JAY SHAW, or STERLING J. SHAW.

The "All Capital Text Name" to this case, was presumed to be by the court, to be represented by the living man Sterling Jay: Shaw. I/we acknowledge that the court presumed that the "so-called" permanent use of the legal identity name, that I/we have

WRIT OF HABEAS CORPUS, 18 USC § 241

become an accessory attached to that STATE owned name, and that name was

designated a "U.S. Citizen" or a "Citizen of the UNITED STATES".

In July of 2018, the living man became aware of this defect along with the

misidentification regarding the names and corrected that error by recording the

following documents recorded into the public at Snohomish County Washington, and

Marion County, Oregon.

1. Acknowledgement, acceptance, and Deed of Re-Conveyance

2. Mandatory Notice, Foreign Sovereign Immunities Act

3. Declaration of Citizenship

4. Declaration of Political Status

5. UCC-1 Financial Statement & Security Agreement reclaiming the names, and assets

of the juristic names.

**Established Facts:**

1. Where's the proof that the "Covid 19" Virus exists?
They can't prove it exists, because it is patented and under a "National Security" declaration and if they exposed that, they'd not only be infringing the patent, and breaching 'National Security" they would be opening up investigation into its genesis as a bioweapon at Fort Detrick, Maryland. So does the Governor Jay Inslee and the State of Washington/WASHINGTON STATE Duns #079248936, Puget Sound Transit, and UNITED STATES INC Duns #161906193, want to take full responsibility and liability of the infringement on the Patent of "November 14, 1990 (U.S. Patent 6,372,224).
15 U.S.C. §1-3 – conspiring to criminal commercial activity.

2. ("Leading to patent # U.S. 7,279,327 "Methods for Producing Recombinant Coronavirus") was the NIH's first Gain-of-Function (GOF) project in which Dr. Baric created an "infectious, replication defective" clone of recombinant coronavirus. This work clearly defined a means of making a natural pathogen more harmful to humans by manipulating the SpikeProtein and other receptor targets. A year after filing a patent on this GOF CoV, the world experienced the firstoutbreak of severe acute respiratory syndrome (SARS).
18 U.S.C. § 2331 §§ 802 – Acts of Domestic Terrorism resulting in death of American Citizens.

3. Under the guise of responding to a public health emergency, the United States Centers for Disease Control and Prevention (CDC) filed a patent application on the genome of SARS CoV on April 25, 2003. Accessing and manipulating the genomic data (which came from China making an "invention" claim by a U.S. entity illegal violating 35 USC §101, 103), Dr. Baric, Dr. Fauci, and the CDC violated 18 USC § 175 (a felony). One year earlier,Dr. Baric and his team had already filed a patent which clearly the pathogen CDC claimed as novel in 2003.
18 U.S. Code § 2384 – Seditious conspiracy.

4. Three days after filing a patent on the genome, NIH-funded Sequoia Pharmaceuticals filed a patent for the

WRIT OF HABEAS CORPUS, 18 USC § 241

vaccine on the virus invented a mere three days earlier. At the same time, in <u>violation of 15 USC § 19</u> Dr. Fauci was appointed to a board position with the Bill and Melinda Gates Foundation (a competitor in vaccine manufacturing) thereby beginning the interlocking directorate[1] anti-trust crime.

<u>18USC § 2339</u>– Conspiring to commit Acts of Terrorism.

5.While many illegal acts were committed by the conspirators leading up to 2015, the domestic terrorism program (<u>in violation of 18 USC § 2339</u>) was announced by NIAID-funded Daszak at the National Academy of Sciences. Here, he announced what was to become the domestic and global terrorism event branded COVID-19. <u>15 U.S.C. §1-3</u> – conspiring to criminal commercial activity and <u>18 U.S.C. § 2331 §§ 802</u> – Acts of Domestic Terrorism resulting in death of American Citizens.

6.The UNITED STATES (POTUS) dba JOE BIDEN and the State of Washington, Governor dba JAY INSLEE, and State Executive Cabinet agencies do not want to take any responsibility for the deaths and severe injuries to any of its United States Citizens nor Washingtonian Citizens. These mandates and actions fall under cruel or inhuman treatment, intentionally causing serios bodily injury, and death. In violation of, Nuremberg code criteria 1947, 18 U.S.C. § 2441 – War Crimes Section (d) Grave breach of Common Article 3 (1) Prohibited Conduct has occurred sections, (B) - (C) – (D) – (E) - (F), and violation of <u>18 U.S.C. § 2331 §§ 802</u> – Acts of Domestic Terrorism resulting in death of American Citizens.

7. Where's the proof that POTUS Joe Biden and Governor JAY INSLEE, has any "Emergency Powers" related to the General Public in America?

POTUS Joe Biden AND GOVENOR JAY INSLEE, doesn't have any emergency powers that pertain to the Public. As "President & GOVENOR" of commercial corporation UNITED STATES OF AMERICA, "D.U.N.S. NO:052714196", and the State of Washington/WASHINGTON STATE, D.U.N.S. NO: 079248936, is in the business of providing governmental services, the only such "powers" they have pertain exclusively to their actual employees and dependents... Inside a FRANCHISE, OF the bankrupt UNITED STATES INC., whereas its chapter 7 liquidation was finalized November 5, 2020.

<u>Grievances</u>

Agents for the STATE OF WASHINGTON, KING COUNTY, PUGET SOUND TRANSIT, AND UNITED STATES INC, committed an act of fraud, by not disclosing to the living man Sterling Jay: Shaw, that the unlawful Mandates placed against him, were actually placed against the FEDERAL NAME, STERLING JAY SHAW, a Trust" created by the STATE/FEDERAL service Corporation.

It was presumed by the STATE/FEDERAL service Corporation that since the living man did not object to being "surety for the Federal Name" that he willfully accepted and consented to act on its behalf. That presumption is fully rebutted, as no disclosure was provided to the living man at any stage of the unlawful mandates accrued.

Since the ALL-CAPITAL TEXT NAME is a corporate entity, created and owned by the STATE/FEDERAL service Provider, this action was an act of "commerce". Under UCC, "non-disclosure" of essentially information, invalidates any and all contracts. Fraud vitiates everything!

The presumptions of "He who is silent appears to consent", however, if an entity is not informed... or full disclosure was or is not provided in writing, the result of the non-discloser is fraud by deceit.

In reference to damages sustained as a result of the fraudulent deceit, also become valid. The adage of "Damages suffered by consent is not a cause of action" is out the window. Consent was not given in this unlawful mandated case, there was NO CONTRACT... The living man went about his life attempting to salvage what remaining working career and life that was left. He never "willingly consented". It is obvious that 18 U.S.C 241, 18 U.S.C 242 and the denial of his "Constitutional Rights", were violated. Although, the State of Washington/WASHINGTON STATE, UNITED STATES, AND PUGET SOUND TRANSIT, failed to inform the living man of his rights under an unlawful mandate, nor did the living man Sterling Jay: Shaw "sign or consent to a contract", Any acknowledgement or claim that he was a U.S. Citizen or a "Citizen of WRIT OF HABEAS CORPUS, 18 USC § 241

the United States" was done so with out his knowledge or awareness that by acknowledging such status, placed him in a category of "Federal Citizenship" status without the benefit of knowledge of what that meant.

The living man Sterling Jay: Shaw, was never obligated to follow an unlawful mandate by the acting governor commissioner d.b.a. JAY INSLEE as a servicing corporation agent of WASHINGTON STATE.

The acting DBA Governor JAY INSLEE, the State of Washington/WASHINGTON STATE and Puget Sound Transit, UNITED STATES INC, is in violations of 18 U.S.C. 241, Conspiracy against rights, in that it used **"press ganging"** to impose its public policy against an American National and the Washingtonian Citizens.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same..."

That the Court compel all litigants to conform to the Supreme Court's ruling that:

**"A COMPLIANT MUST IDENTIFY AT LEAST ONE PLAINTIFF BY TRUE NAME: OTHERWISE, NO ACTION HAS BEEN COMMENCED" Roe v New York (1970, Sd NY) 49 FRD 279, 14 FR Serv 2d 437, 8 ALT Fed 670.**

I Sterling Jay Shaw the Private/Living man, an American National, has been prevented, harassed, and threatened by duress, by the State of Washington/WASHINGTON STATE, UNITED STATES, and Puget Sound Transit, and its Agents from exercising my unlimited rights to "contract" and do "commerce". As an American, we claim our rights the five rights guaranteed to us under the First Amendment of the Bill of Rights, which includes this right, the right to "regress of grievances".

Federal law provides that it is a crime to violate the Rights of an American citizen National under Treaty Laws, and under the color-of-law. You can be arrested for this crime, and you can also be held personally liable for damages.

Attempting to cause duress to a person to do something by saying that person that such action is required by law, when it is not required by law, is a felony.

18 USC § 242; provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any Treaty State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the "Constitution" or laws of the United States... shall be fined under this title or imprisoned not more than one year, or both.

18 USC § 245; if Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States, shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983; provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any Treaty State or Territory or the District of Columbia, subjects, or causes to be subjected, any American citizen National, of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the "Constitution" and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

### Remedies

1) That the Court acknowledges and grants us our rights under the first Amendment of the Bill of Rights as an American National. The Right to Petition is central to Constitutional law policies of the United States. It is the First Amendment capstone which states:

WRIT OF HABEAS CORPUS, 18 USC § 241

1   COURTS, are merely a CORPERATE ENITY… and appear to be no different than any other corporation doing

2   business in the STATE OF WASHINGTON or State of Washington as a Federal Service Provider.

3   This petition is acknowledged by the Living Man Sterling Jay: Shaw on this 9TL day of March 2022.

4   By: _Sterling Jay: Shaw_____ © Without prejudice – All Rights reserved.

5   This petition was created by Prairie Star National Trust on behalf of the client Sterling Jay: Shaw, signed and

6   acknowledged on this ____ day of March 2022.

7   By: _K gaudet_____ © Agent – Trustee

8       Without prejudice – All Rights reserved.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT OF HABEAS CORPUS. 18 USC § 241

# Bird's Eye View -- A Public Announcement

ExhibTA

By Anna Von Reitz



The Municipal Corporation doing business as the UNITED STATES, INC., was entered into bankruptcy by its owner, Pope Francis, September 24, 2015.  It was a Chapter 7 Liquidation. No ifs, ands, buts, or maybes, no reorganizations. This corporate bankruptcy ended on November 5th of this year.

Now, everyone knows that you can't elect a new President for a defunct corporation.  It would be a pointless and fraudulent exercise. Whoever was elected "President of the United States" on November 3rd, had nothing to preside over as of November 5th.

This means that for either candidate to go forward as the Municipal "President of the United States" a different municipal corporation doing business in some form of "United States" would have to be formed and substituted for the now defunct UNITED STATES, INC.

And the Perpetrators would have to successfully substitute the newly elected President of the now-defunct UNITED STATES, INC., as the President of the other 'United States' corporation left waiting in the wings.

This is a break in the chain of title and representation, with the title in question being "President of the United States".  This creates a thorough break in the continuance of the Municipal Government.

As a result, the Principals responsible have been notified within three (3) days that we do not accept their Offer of Succession, and specifically, don't accept Joe Biden and Harris.

The new Municipal corporation they are trying to foist off on us, together with their Chosen Ones, have no contract.

The situation is similar to when a bill collector buys an interest in a bad debt and then attempts to collect it as if it were valid.  Often they adopt names similar to an actual former debtor and try to get you to "assume the debt", or, they come in as a loan servicer and try to get you to pay them even though you have no contract with the "servicer".

If you recognize the fraud involved, they are out of luck.
[As a quick aside --brace yourselves for a new round of this kind of fraud. Even though the debts of the old Municipal Corporation and all its franchises have been officially discharged via bankruptcy, they will still be making the rounds and sending bills to "dead" Municipal PERSONS and will try to collect from the presumed-to-exist estate managers of entities such as WATSON, JAMES CLARK and BELL,VIRGINIA ANDREA.]

Suffice it to say that we have recognized the fraud that the Municipal Government Principals are trying to pull off, and have nipped it in the bud.

The following message was sent to all the Principals last night, including the Lord Mayor, and is being reiterated and released for publication worldwide this morning:

"Your timelines are off.  November 3 Election. November 5 settlement. End of story. No contract. Three day right of refusal.  It is done.

We refuse the Succession Offer.

Joe Biden is a crook and Kamala Harris is worse.

Hope you are all real proud of yourselves putting in all that advertising and effort to steal a non-existent election for the Presidency of a bankrupt corporation."

But what of the remaining Office that was also up for election this past Tuesday?  President of the United States of America?  That corporation is still viable and in bankruptcy Reorganization, so it makes sense that it can legitimately hold elections.

In the next few days and weeks you will hear a debate about "counting legal votes" versus "counting every vote" --- legal or not.

This is essentially a difference in viewpoint between the Territorial Government  which insists on everything being legal, and the Municipal Government which believes that every vote -- even "votes" created by machines and dead people and non-existent persons and illegal aliens should count.  Even multiple votes cast by the same person should count.

They sent out ballots to my pen name, even though I long ago cancelled all possible voter registrations in every variation of my names.  I wonder how "she" would have voted ----if she had arms, legs, and a brain?

Apparently, none of that is necessary if you are a Democrat.

-----------------------------

See this article and over 2800 others on Anna's website here: www.annavonreitz.com

To support this work look for the PayPal buttons on this website.

In the United States Courts as a Grand Jury Indictment    *Exhibit B*



United States of America

Supreme Court Justices with a Conscience

**We the People of Washingtonian,**
**STERLING JAY SHAW,**
**PLAINTIFFS**

v.

**DEFENDENTS**
**House Ethics Chair, Mr. Ted Deutch (D)**
**Senate Ethic Chair, Mr. Chris Coon (D)**
Mr. Alex Azar, DEFENDANT

Dr. Anthony Fauci, DEFENDANT

Dr. Peter Daszak, DEFENDANT

Dr. Ralph Baric,
DEFENDANT FDA,
DEFENDANTCDC,
DEFENDANT OSHA,
DEFENDANT NIAID,
DEFENDANT MODERNA,
DEFENDANTPFIZER,
DEFENDANT, POTUS, JOE BIDEN
DEFENDANT, Governor JAY INSLEE
WASHINGTON STATE HEALTH BOARD
MEMBERS,

AG, BOB FERGUSON

Count 1: 18 U.S.C. § 2331 §§ 802 – Acts ofDomestic Terrorism resulting in death of American Citizens

Count 2:  18 USC § 2339– Conspiring to Commit Acts of Terrorism

Count 3. 15 U.S.C. §1-3 – conspiring to criminal commercial activity

Count 4. 18 USC § 175 – Funding and Creating a Biological Weapon

Count 5. 15 U.S.C. §8 – market manipulation and allocation

Count 6.  18 U.S.C. § 1001 – lying to Congress

Count 7. 15 U.S.C. § 19 – interlocking director rates

Count 8. 18 U.S. Code § 2384 – Seditious conspiracy, 18 U.S. code § 241- conspiracy against Rights

### The Proposed Indictment

Throughout the decade of the 90s Pfizer sought to research, develop, and patent a coronavirus (CoV) vaccine. Their first patent filing specifically recognizing the S-protein as the immunologic target for vaccines was filed onNovember 14, 1990 (U.S. Patent 6,372,224). With a focus on swine and canine gastroenteritis, these efforts showed little commercial promise and the patent was abandoned in April of 2000. During the same period, the National Institute for Allergy, and Infectious Disease (NIAID) under the vaccine obsession of Dr. Anthony Fauci, funded Professor Ralph Baric at the University of North Carolina Chapel Hill. This program designed to commercially weaponize a naturally occurring toxin is the beginning of the criminal conspiracy and violates 18 USC § 175, 15 USC § 1-3, and 15 USC § 8) Dr. Baric's expertise was understanding how to modify components of the coronavirus associated with cardiomyopathy.  NIAID Grants AI 23946 and GM63228 (leading to patent
U.S. 7,279,327 "Methods for Producing Recombinant Coronavirus") was the NIH's first Gain-of-Function (GOF) project in which Dr. Baric created an "infectious, replication defective" clone of recombinant coronavirus. This work clearly defined a means of making a natural pathogen more harmful to humans by manipulating the SpikeProtein and other receptor targets. A year after filing a patent on this GOF CoV, the world experienced the firstoutbreak of severe acute respiratory syndrome (SARS).

Under the guise of responding to a public health emergency, the United States Centers for Disease Control and Prevention (CDC) filed a patent application on the genome of SARS CoV on April 25, 2003. Accessing and manipulating the genomic data (which came from China making an "invention" claim by a U.S. entity illegal <u>violating 35 USC §101, 103</u>), Dr. Baric, Dr. Fauci, and the CDC <u>violated 18 USC § 175</u> (a felony). One year earlier, Dr. Baric and his team had already filed a patent which clearly the pathogen CDC claimed as novel in 2003.

Three days after filing a patent on the genome, NIH-funded Sequoia Pharmaceuticals filed a patent for the vaccine on the virus invented a mere three days earlier. At the same time, in <u>violation of 15 USC § 19</u> Dr. Fauci was appointed to a board position with the Bill and Melinda Gates Foundation (a competitor in vaccine manufacturing) thereby beginning the interlocking directorate[1] anti-trust crime.

In 2005, the DARPA and MITRE hosted a conference in which the intentions of the U.S. Department of Defense was explicit. In a presentation focused on "Synthetic Coronaviruses Biohacking: Biological Warfare Enabling Technologies", Dr. Baric presented the malleability of CoV as a biological warfare agent. <u>Violating 18 USC § 175</u> and inducing the non-competitive market allocation (<u>violating 15 USC § 8</u>) for years to follow, Dr. Baric and the U.S. Department of Defense spent over $45 million in amplifying the toxicity of CoV and its chimeric derivatives.

From 2011 until the alleged COVID-19 pandemic, Dr. Fauci has routinely lamented about the inadequacy of public funding for his vaccine programs and the public's general unwillingness to succumb to his insistence that everyone MUST be vaccinated against influenza. Despite repeated appropriations to advance vaccine dependency, his efforts have been largely unsuccessful. NIAID – under Dr. Fauci's direct authorization – encouraged UNC Chapel Hill and Dr. Baric's lab to ignore the GoF moratorium in a letter dated October 21, 2014. At that time, Drs. Fauci, Baric and EcoHealthAlliance's Peter Daszak were in possession of an extremely dangerous Chinese pathogen identified a year earlier in Wuhan.[2]

While many illegal acts were committed by the conspirators leading up to 2015, the domestic terrorism program (<u>in violation of 18 USC § 2339</u>) was announced by NIAID-funded Daszak at the National Academy of Sciences. Here, he announced what was to become the domestic and global terrorism event branded COVID-19.

------------------------

[1] We note that gain-of-function specialist, Dr. Ralph Baric, was both the recipient of millions of dollars of U.S. research grants from several federal agencies and sat on the World Health Organization's International Committee on Taxonomy of Viruses (ICTV) and the *Coronaviridae* Study Group (CSG). In this capacity, he was both responsible for determining "novelty" of clades of virus species but directly benefitted from determining declarations of novelty in the form of new research funding authorizations and associated patenting and commercial collaboration. Together with CDC, NIAID, WHO, academic and commercial parties (including Johnson & Johnson; Sanofi and their several coronavirus patent-holding biotech companies; Moderna; Pfizer; Merck; BioNTech; AstraZeneca; Janssen; Ridgeback; Gilead (Dr. Baric's alter ego); Sherlock Biosciences; and others), a powerful group of interests constituted what are "interlocking directorates" under U.S. anti-trust laws. Further, most of these entities, including the Federal Government ones <u>violated 35 USC § 200-206</u> by failing to disclose Federal Government interest in the remedies proposed.

These entities were affiliated with the WHO's Global Preparedness Monitoring Board (GPMB) whose members were instrumental in the Open Philanthropy-funded global coronavirus pandemic "desk-top" exercise EVENT 201 in October 2019. This event, funded by the principal investor in Sherlock Biosciences (a beneficiary of the SARS CoV-2 EUA for CRISPR technology) and linking interlocking funding partner, the Bill and Melinda Gates Foundation into the GPMB mandated a respiratory disease global preparedness exercise to be completed by September 2020 and alerted us to anticipate an "epidemic" scenario. We expected to see such a scenario emerge from Wuhan or Guangdong China, northern Italy, Seattle, New York or a combination thereof, as Dr. Zhengli Shi and Dr. Baric's work on zoonotic transmission of coronavirus identified overlapping mutations in coronavirus in bat populations located in these areas.

[2] By October 2013, the Wuhan Institute of Virology 1 coronavirus S1 spike protein was described in NIAID's funded work in China. This work involved NIAID, USAID, and Peter Daszak, the head of EcoHealth Alliance. This work, funded under R01AI079231, was pivotal in isolating and manipulating viral fragments selected from sites across China which contained high risk for severe human response. (Ge, XY., Li, JL., Yang, XL. *et al.* Isolation and characterization of a bat

SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535–538 (2013).) The GoF work NIAID allowed to persist in the face of the moratorium was Dr. Baric's work with this pathogen identified a year earlier in Wuhan. While many illegal acts were committed by the conspirators leading up to 2015, the domestic terrorism program (in violation of 18 USC § 2339) was announced by NIAID-funded Daszak at the National Academy of Sciences. Here, he announced what was to become the domestic and global terrorism event branded COVID-19.

[1] We note that gain-of-function specialist, Dr. Ralph Baric, was both the recipient of millions of dollars of U.S. research grants from several federal agencies and sat on the World Health Organization's International Committee on Taxonomy of Viruses (ICTV) and the *Coronaviridae* Study Group (CSG). In this capacity, he was both responsible for determining "novelty" of clades of virus species but directly benefitted from determining declarations of novelty in the form of new research funding authorizations and associated patenting and commercial collaboration. Together with CDC, NIAID, WHO, academic and commercial parties (including Johnson & Johnson; Sanofi and their several coronavirus patent holding biotech companies; Moderna; Pfizer; Merck; BioNTech; AstraZeneca; Janssen; Ridgeback; Gilead (Dr. Baric's alter ego); Sherlock Biosciences; and others), a powerful group of interests constituted what are "interlocking directorates" under U.S. anti-trust laws. Further, most of these entities, including the Federal Government ones violated 35 USC § 200-206 by failing to disclose Federal Government interest in the remedies proposed.

These entities were affiliated with the WHO's Global Preparedness Monitoring Board (GPMB) whose members were instrumental in the Open Philanthropy-funded global coronavirus pandemic "desk-top" exercise EVENT 201 in October 2019. This event, funded by the principal investor in Sherlock Biosciences (a beneficiary of the SARS CoV-2 EUA for CRISPR technology) and linking interlocking funding partner, the Bill and Melinda Gates Foundation into the GPMB mandated a respiratory disease global preparedness exercise to be completed by September 2020 and alerted us to anticipate an "epidemic" scenario. We expected to see such a scenario emerge from Wuhan or Guangdong China, northern Italy, Seattle, New York or a combination thereof, as Dr. Zhengli Shi and Dr. Baric's work on zoonotic transmission of coronavirus identified overlapping mutations in coronavirus in bat populations located in these areas.

[2] By October 2013, the Wuhan Institute of Virology 1 coronavirus S1 spike protein was described in NIAID's funded work in China. This work involved NIAID, USAID, and Peter Daszak, the head of EcoHealth Alliance. This work, funded under R01AI079231, was pivotal in isolating and manipulating viral fragments selected from sites across China which contained high risk for severe human response. (Ge, XY., Li, JL., Yang, XL. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535–538 (2013).) The GoF work NIAID allowed to persist in the face of the moratorium was Dr. Baric's work with this pathogen,

"...*until an infectious disease crisis is very real, present, and at an emergency threshold, it is often largely ignored. To sustain the funding base beyond the crisis, he said, we need to increase public understanding of the need for MCMs such as a pan-influenza or pan- coronavirus vaccine. A key driver is the media, and the economics follow the hype. We need to use that hype to our advantage to get to the real issues. Investors will respond if they see profit at the end of process, Daszak stated.*"[3]

It is not surprising that one year later NIAID's funding paid off with Dr. Baric's lab announcing that the Wuhan-derived pathogen was "poised for human emergence".[4]

Knowing that the U.S. Department of Health and Human Services (through CDC, NIH, NIAID, and their funded laboratories and commercial partners) had patents on each proposed element of medical counter measures and their funding, Dr. Fauci, Dr. Gao (China CDC), and Dr. Elias (Bill and Melinda Gates Foundation) conspired to commit acts of terror on the global population – including the citizens of the United States – when, in September 2019, they published the following mandate in *A World At Risk*:

"*Countries, donors and multilateral institutions must be prepared for the worst. A rapidly spreading pandemic due to a lethal respiratory pathogen (whether naturally emergent or accidentally or deliberately released) poses additional preparedness requirements. Donors and multilateral institutions must ensure adequate investment in developing innovative vaccines and therapeutics, surge manufacturing capacity, broad-spectrum antivirals and appropriate non-pharmaceutical interventions. All countries must develop a system for immediately sharing genome sequences of any new pathogen for public health purposes along with the means to share limited medical countermeasures across countries.*

*Progress indicator(s) by September 2020*

    • *Donors and countries commit and identify timelines for: financing and development of a universal influenza vaccine, broad spectrum antivirals, and targeted therapeutics. WHO and its Member States develop options for standard procedures and timelines for sharing of sequence data, specimens, and medical countermeasures for pathogens other than influenza.*

    • *Donors, countries, and multilateral institutions develop a multi-year plan and approach for strengthening R&D research capacity, in advance of and during an epidemic.*

    • *WHO, the United Nations Children's Fund, the International Federation of Red Cross and Red Crescent Societies, academic and other partners identify strategies for increasing capacity and integration of social science approaches and researchers across the entire preparedness/response continuum.*"[5]

As if to confirm the utility of the September 2019 demand for "financing and development of" vaccine and the fortuitous SARS CoV-2 alleged outbreak in December of 2019, Dr. Fauci began gloating that his fortunes for

_____

3 Forum on Medical and Public Health Preparedness for Catastrophic Events; Forum on Drug Discovery, Development, and Translation; Forum on Microbial Threats; Board on Health Sciences Policy; Board on Global Health; Institute of Medicine; National Academies of Sciences, Engineering, and Medicine. Rapid Medical Countermeasure Response to Infectious Diseases: Enabling Sustainable Capabilities Through Ongoing Public- and Private-Sector Partnerships: Workshop Summary. Washington (DC): NationalAcademies Press (US); 2016 Feb 12. 6, Developing MCMs for Coronaviruses. Available from: https://www.ncbi.nlm.nih.gov/books/NBK349040/

4 Menachery VD, Yount BL Jr, Sims AC, Debbink K, Agnihothram SS, Gralinski LE, Graham RL, Scobey T, Plante JA, Royal SR, Swanstrom J, Sheahan TP, Pickles RJ, Corti D, Randell SH, Lanzavecchia A, Marasco WA, **Baric RS**. 2016. _**SARS-like WIV1-CoV poised**_ _**for human emergence**_. **Proc Natl Acad Sci U S A. 2016** Mar 14. pii: 201517719

5 https://apps.who.int/gpmb/assets/annual_report/GPMB_annualreport_2019.pdf (page 8) additional funding were likely chang for the better. In a February 2020 interview in _STAT_, he was quoted asfollows:

6 https://www.statnews.com/2020/02/10/fluctuating-funding-and-flagging-interest-hurt-coronavirus-research/
7 https://pubmed.ncbi.nlm.nih.gov/32756549/

_"The emergence of the new virus is going to change that figure, likely considerably, Fauci said. "I don't know howmuch it's going to be. But I think it's going to generate more sustained interest in coronaviruses because it's very clear that coronaviruses can do really interesting things."_[6]

In November 2019 – one month before the alleged "outbreak" in Wuhan, Moderna entered into a material transfer agreement – brokered by the Vaccine Research Center at NIAID (at which UNC Chapel Hill alum Dr. KizzyCorbett worked) – to access Dr. Baric's Spike Protein data to commence vaccine development.  In his own written statement obtained by the _Financial Times_, he refers to this agreement as being the foundation for the mRNA Moderna vaccine.[7]

To finalize the nature of the racketeering and anti-trust criminal conspiracy, when it came time to commercializethe NIH and DARPA owned spike protein and pass it off as a "vaccine" (in conflict with the standard for vaccines in statutory and scientific application), the Operation Warp Speed contract was awarded to DoD contraction ATI,a subsidiary of ANSER. In a graph reminiscent of the anti-trust hearings at the formation of the Clayton Act in the early 20th century, the identity of the interlocking conflicts of interests are presented in graphic relief. It is with no surprise that the result of this price-fixing conspiracy was the enrichment of the conspiring parties and the harm of consumers.



Indeed, *the money followed the hype,* and they *used the hype to get to the real issues. Investors follow where they see profit at the end of the process.*

And real Americans are dying each day because a criminal organization unleashed terror resulting in the deaths of Americans.

18 U.S.C. § 2331 §§ 802 – Acts of Domestic Terrorism resulting in deaths and severally injuring the American Citizens and we the People of the united states of america.

Pub. L. No. 107-52 expanded the definition of terrorism to cover "domestic," as opposed to international, terrorism. A person engages in domestic terrorism if they do an act "dangerous to human life" that is a violation of the criminal laws of a state or the United States, if the act appears to be intended to: (i) intimidate or coerce a civilian population; (ii) influence the policy of a government by intimidation or coercion.

Every single Act, the declaration of the State of Emergency, the Emergency Use Authorization, the fraudulent face masks, the business closures, and the OSHA and CMS vaccine mandates are ALL admitted by the conspirators to be acts to coerce the population into taking a vaccine. Further, these acts disrupted the Constitutional way of life in the United States of American and resulted in the violation of 18 USC § 2384, 18 USC § 242. The conspirators announced it in 2015, then prepared the pathogen in 2016, and laid out the terror campaign in September 2019. And now they profit from the death of Americans.

"Established Facts to this Indictment",

"The American Citizen and We the People of the united states of america", know that <u>18 USC § 175 was violated and 191 billion dolla</u>
<u>from the labor of the American citizen was used to create a bioweapon in a Communist country, which is a blatant violation of Public</u>
<u>law, the "Smith act of 1940", and the Nuremberg Code criteria of 1947, by the defendants.</u>

Violation of Chapter 18 USC, 18 USC § 241, 18 U.S.C. § 242; 18 U.S.C. § 245, 18 USC § 1962, 18 USC § 1983 and 42
U.S.C. §1983.

Violation and Breach of Contract to your "Oath of Office" and with the Peace Treaty of Paris, September 3, 1783, The
Treaty of Ghent (8 Stat. 218) 1812, The Treaty of Oregon 1846, Treaty of Guadalupe Hidalgo February 2, 1848.

Federal law provides that it is a crime to violate the Rights of an American citizen National under Treaty Laws, and
under the color-of-law. You can be arrested for this crime, and you can also be held personally liable for damages.
Attempting to cause duress to a person to do something by saying that person that such action is required by law,
when it is not required by law, is a felony.
As well it breaches the contract of "Separation of Powers Doctrine" State v. Osloond, 60 Wash. App. 584, at 587, 805
(2 d) 263 (1991); Myers v. United States, 272 U.S. 52, 47 S. Ct. 21, 71 L.Ed. 160 (1926). Only Legislature can make laws

18 USC § 242; provides that whoever, under color of any law, statute, ordinance, regulation, or custom,
willfully subjects any person in any Treaty State, Territory, Commonwealth, Possession, or District to the deprivation
of any rights, privileges, or immunities secured or protected by the "Constitution" or laws of the United States... sha
be fined under this title or imprisoned not more than one year, or both.

18 USC § 245; if Whoever, whether or not acting under color of law, intimidates or interferes with any person from
participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by t
United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United State
shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983; provides that every person who, under color of any statute, ordinance, regulation, custom, or usage,
any Treaty State or Territory or the District of Columbia, subjects, or causes to be subjected, any American citizen
National, of the United States or other person within the jurisdiction thereof to the deprivation of any rights,
privileges, or immunities secured by the "Constitution" and laws, shall be liable to the party injured in an action at
law, suit in equity, or other proper proceeding for redress.
Warning, you have breached your "Contract" and "Oath of Office" persisting with your demand may lead to your
arrest and/or damages!
Also understand that the law provides that you can be held personally responsible and liable, as well as your
company or agency.

Sterling Jay: Shaw, Private/Living Man

Exhibits

# News Flash -- No Such Thing as "Emergency Powers"

By Anna Von Reitz



All these "Governors" working as State-of-State Federal Franchise Managers for the "new" US CORP that Joe Biden is fronting are signing "Emergency Declarations" --- which logically only impact Municipal United States citizens --- demanding that the "Sheriffs" employed by the "County of" organizations obtain all your information, including your medical history, and send it to Joe as a requirement to receive--- guess what?

A share of the federal racketeering payola--- whether you call it "Block Grants" or "TARP" or CARES or whatever else, that's what it is.

If you aren't a Municipal citizen of the United States, none of this applies to you, and for the record, there are not and have never been any "Emergency Powers" granted to any of these yahoos.

Be sure and tell them that.

Your private medical information is private and you need to stand up and make sure that you keep it that way.

How? By process serving the Governor and demanding that he obey and fulfill his Public Duty and observe the Public Law.

We never granted any level of government any permission to say one word about our health or our health care. Tell the Bozos that plainly observable fact and don't be nice about it.

They get away with bossing around and surveilling their own employees and dependents as a condition of employment or dependency, but they haven't got a leg to stand on when they pretend to have authority over the rest of us.
Tell them so, in no uncertain terms.

Tell them that you noticed that you weren't getting a federal paycheck, so you have no federal income, and you don't agree to be a "voluntary transactor" in commerce, either.

Tell them that their attempted usurpation has been duly noted and won't be forgiven if they continue their deceptive mercenary behavior and improper demands.

Tell them that they will be charged one trillion dollars for selling any information with your name attached to it, regardless of the style, ordering, or appearance of your name. Ditto that regarding the sale of any information with any number or alphanumeric connection to you and your identity.

Tell them that they are skating on very thin ice and that both the Territorial and Municipal Government have been colluding to kill their own employees, alter the genomes of their employees and sell their employee's personal information for profit --- which was never a fully disclosed condition of employment.

Tell them that this is both illegal and unlawful and that the Public Law is again being enforced in this country, so if they continue this predation, they will be charged with murder and hung. This is not a threat. It is a statement of fact.

Simple enough. Send the message. You've got nothing to lose but your freedom and your lives --- which will be stolen from you anyway, if you continue to stand for this garbage.

----------------------------

See this article and over 3400 others on Anna's website here: www.annavonreitz.com

To support this work look for the Donate button on this website.



Creating Jay Shaw
P.O. Box 213
edmonville, washington
98072

CERTIFIED MAIL

7019 1640 0001 8697 4779

TACOMA [PSDC 983-9887]
11 MAR 2022 PM 2 L

FILED
LODGED
RECEIVED

MAIL

MAR 14 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

C/O: Ravi Subramanian
Clerk of Court Western District
700 Stewart St
Seattle, Washington 98101

U.S. POSTAGE PAID
ALBION, NY
MAR 09, 22
AMOUNT
$8.76
R2305H127742-01
1000
98101