THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STERLING JAY SHAW,<br><br>          Plaintiff,<br><br>   v.<br><br>JAY INSLEE, *et al.*,<br><br>          Defendants. | CASE NO. C21-1626-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Plaintiff filed this case on December 3, 2021, but did not provide any summonses for issuance. (*See* Dkt. No. 1.) On March 14, 2022, Plaintiff filed a "Writ of Habeas Corpus" in which he seeks to "institute and maintain actions of any kind in the court" and seek "redress of grievances" from various entities. (Dkt. No. 9 at 4, 7.) Though difficult to decipher, his "grievances" appear to be that various state and municipal entities violated federal civil rights and criminal statutes allegedly via their conduct related to the COVID-19 pandemic and resulting public health measures. (*See id.* at 10–11.) He submits a "proposed indictment" against Defendants (*id.* at 15), and prays that the Court "acknowledge[] and grant[] us our rights under the [F]irst Amendment of the Bill of Rights as an American National," (*id.* at 11).

       Federal Rule 4(m) requires the Court to dismiss an action without prejudice or order additional time for service if a defendant is not served within 90 days after the complaint is filed.

1  It has been more than 120 days since Plaintiff filed this action. Plaintiff still has not provided
2  summonses or served any defendant. And given the circumstances and the nature of Plaintiff's
3  allegations, the Court believes that no showing of good cause could justify the delay and that it is
4  thus appropriate not to order additional time for service.
5      It is thus ORDERED that this case is DISMISSED without prejudice, and Plaintiff's
6  request for a writ of habeas corpus (Dkt. No. 9) is DENIED as moot.
7      DATED this 8th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE